**FILED**

JUL 18 2002

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



------------------------------------------------x
JOHN DOE, et al,

            Plaintiffs,

      v.

STATE OF ISRAEL, ARIEL SHARON, et al,

            Defendants.
------------------------------------------------x

Civil Action No: __02 1431__

## ORDER

THIS MATTER came to be heard by the Court upon Plaintiffs Ex parte Motion and Affidavit in Support to file Complaint with Pseudonyms for Plaintiff and witnesses in the above captioned matter.

ORDERED that the Ex parte Motion and Affidavit in Support to file Complaint with Pseudonyms for Plaintiff and Witnesses in the above captioned matter is granted.

July 18, 2002

_____
Judge

2