# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ET AL. | |
| vs. | Case No.  02-1431 (JDB) |
| STATE OF ISRAEL, ET AL. | |

## NOTICE REGARDING EXHIBIT ATTACHMENT

Pursuant to the procedures for filing documents electronically, as outlined in the previous order of the Court, this Notice serves as notification that an exhibit(s) have been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

Date:July 18, 2002