UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:02 CV 01431 (JDB) |
| STATE OF ISRAEL, et al., and | ) |
| GEORGE W. BUSH, in his individual capacity and as President of the United States, 1600 Pennsylvania Avenue, NW Washington, DC 20500, | ) |
| and | ) |
| COLIN POWELL, in his individual capacity and as Secretary of State, 2201 C Street, NW Washington, DC  20520 | ) |
| Defendants. | ) |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME IN WHICH TO ANSWER
OR OTHERWISE RESPOND TO THE CLAIMS ASSERTED
AGAINST THEM IN THEIR OFFICIAL CAPACITIES
AND SUPPORTING POINTS AND AUTHORITIES**

Defendants George W. Bush, in his official capacity as President of the United States, and Colin Powell, in his official capacity as Secretary of State (collectively, the "Federal Defendants"), hereby move, by and through undersigned counsel, for an extension of time in which to answer or otherwise respond to the claims asserted against them in their official capacities.  The Federal Defendants' response to these claims is currently due on September 30,

2002.  The Federal Defendants respectfully request an extension of one month in which to file and serve their response.[1]

Plaintiffs have filed a 140-page Complaint and a 150-page untitled document (containing an affirmation of counsel) in support of their claims.  The Federal Defendants intend to file a motion to dismiss the claims asserted against them in their official capacities.  In light of the nature of the claims asserted, the voluminous nature of Plaintiffs' Complaint, and the positions held by the Federal Defendants, the additional time is requested to adequately brief the issues involved and have any filing reviewed and approved.  The undersigned will also be out of the office on a previously-planned vacation from September 27 through and including October 14.

Plaintiffs' counsel has informed the undersigned that he has no objection to the relief requested herein.

A proposed order is attached for the Court's consideration.

WHEREFORE, Defendants request that the instant motion be GRANTED and that the Federal Defendants be provided with one additional month, to and including October 31, 2002, to respond to the claims asserted against them in their official capacities.

Dated:  September 19, 2002.            Respectfully submitted,

                                       ROBERT D. McCALLUM, JR.
                                       Assistant Attorney General

                                       ROSCOE C. HOWARD, JR.
                                       United States Attorney

---

[1] The undersigned appears on behalf of the Federal Defendants in their official capacities only.  The undersigned is *not* authorized to appear on behalf of either of the Federal Defendants in his individual capacity, nor does the filing of this Motion constitute a waiver of any defense on behalf of those individuals.  The Federal Defendants have not been personally served in their individual capacities.  See Fed. R. Civ. P. 4(i)(2)(B).

VINCENT M. GARVEY
Deputy Branch Director


_____
ORI LEV, DC # 452565
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Mail: P.O. Box 883, Washington, DC  20044
Delivery: 901 E St. NW, Rm 940
Washington, DC 20004
Tel: (202) 514-2395
Fax: (202) 616-8202

Attorneys for Defendants
George W. Bush and Colin Powell
in their official capacities

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, et al., | ) |
|     Plaintiffs, | ) |
|     v. | ) No. 1:02 CV 01431 (JDB) |
| STATE OF ISRAEL, et al., | ) |
|     Defendants. | ) |

### [Proposed] ORDER

This matter having come before the Court on the Federal Defendants' Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to the Claims Asserted Against Them in Their Official Capacities, there being no opposition thereto, and good cause having been shown, it is hereby

ORDERED that the Federal Defendants' Motion is GRANTED and the Federal Defendants shall have until October 31, 2002, to answer or otherwise respond to the claims asserted against them in their official capacities.

**SO ORDERED.**

_____
HON. JOHN D. BATES
United States District Judge

Copies to:

Ori Lev, Esq.
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044

Stanley L. Cohen, Esq.
351 Broadway, Suite 300
New York, NY  10013

Maher Hanania, Esq.
1510 H Street NW, Suite 20
Washington, DC  20005

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served this 19th day of September, in the manner indicated, on the following:

Stanley L. Cohen, Esq.
351 Broadway
Suite 300
New York, NY  10013
facsimile: (212) 995-5574
facsimile: (845) 482-3484
(via facsimile and U.S. mail)

Maher Hanania, Esq.
1510 H Street NW
Suite 20
Washington, DC  20005
(via U.S. Mail only)

_____
ORI LEV