UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:02 CV 01431 (JDB) |
| v. ) | |
| ) | |
| STATE OF ISRAEL, et al., ) | |
| ) | |
| and ) | |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| 1600 Pennsylvania Avenue, NW ) | |
| Washington, DC 20500, ) | |
| ) | |
| and ) | |
| ) | |
| COLIN POWELL, ) | |
| Secretary of State, ) | |
| 2201 C Street, NW ) | |
| Washington, DC  20520 ) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANTS' MOTION TO DISMISS
OFFICIAL CAPACITY CLAIMS**

Defendants George W. Bush, in his official capacity as President of the United States, and Colin Powell, in his official capacity as Secretary of State (collectively, the "Federal Defendants"), hereby move, by and through undersigned counsel, to dismiss the claims against them in their official capacities pursuant to Fed. R. Civ. P. 12(b).[1]  The reasons supporting this

---

[1] The undersigned appears on behalf of the Federal Defendants in their official capacities only.  The undersigned is *not* authorized to appear on behalf of either of the Federal Defendants in his individual capacity, nor does the filing of this Motion constitute a waiver of any defense on behalf of those individuals.  The Federal Defendants have not been personally served in their

motion are set forth in the accompanying Memorandum of Points and Authorities.

A proposed order is also attached for the Court's consideration.

WHEREFORE, the Federal Defendants request that the instant motion be GRANTED and that the claims against the Federal Defendants in their official capacities be DISMISSED.

Dated:  October 31, 2002.   Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

ROSCOE C. HOWARD, JR.
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

_____
ORI LEV, DC # 452565
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel: (202) 514-2395
Fax: (202) 616-8202

Attorneys for Defendants
George W. Bush and Colin Powell
in their official capacities

---

individual capacities.  See Fed. R. Civ. P. 4(i)(2)(B).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STATE OF ISRAEL, et al., ) <br> ) <br> Defendants. ) <br> ) | No. 1:02 CV 01431 (JDB) |

[Proposed]
**ORDER**

THIS MATTER having come before the Court on the Federal Defendants' Motion to Dismiss Official Capacity Claims, and the Opposition thereto, it is hereby

ORDERED that the Federal Defendants' Motion to Dismiss Official Capacity Claims is GRANTED and the claims against President George W. Bush and Secretary of State Colin Powell in their official capacities, including the claim seeking injunctive relief against them, are DISMISSED.

**SO ORDERED.**


_____
HON. JOHN D. BATES
United States District Judge