IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:02CV143

| | |
|---|---|
| ALAN O'DONNELL, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>U.S. STATE DEPARTMENT; )<br>GENERAL COLIN POWELL, Secretary )<br>of State, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on a motion for a preliminary injunction filed by Alan O'Donnell. No complaint has been filed and this is the only pleading in the matter.

In the motion, O'Donnell asks the undersigned to enjoin the federal government from providing "any more aid at all to the State of Israel . . . ." Federal Rule of Civil Procedure 11 provides in pertinent part:

> By presenting to the court . . . a pleading, . . . an . . . unrepresented party is certifying that to the best of the person's knowledge, information and belief, formed after an inquiry reasonable under the circumstances-
>   (1) it is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation;
>   (2) the claims . . . are warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law . . .;
>   (3) the allegations and other factual contentions have evidentiary support or, . . . are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery . . . .

**Fed. R. Civ. P. 11(b).** This pleading is patently frivolous and appears to have been filed as a means of harassing the judicial system. O'Donnell is hereby placed on notice that any future

2

frivolous filings will result in the imposition of sanctions. Sanctions may "consist of, or include, directives of a nonmonetary nature [and] an order to pay a penalty into court . . . ." **Fed. R. Civ. P. 11(c)(2).**

IT IS, THEREFORE, ORDERED that Plaintiff's motion for preliminary injunction is hereby **DENIED,** and this action is **DISMISSED.**

IT IS FURTHER ORDERED that Alan O'Donnell was warned against future frivolous filings.

THIS the _2nd_ day of July, 2002.

LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE

ejb

United States District Court
for the
Western District of North Carolina
July 2, 2002


* * MAILING CERTIFICATE OF CLERK * *


Re:   1:02-cv-00143


True and correct copies of the attached were mailed by the clerk to the following:

    Alan O'Donnell
    825C Merrimon Ave., #101
    Asheville, NC   28804


cc:
| | |
|---|---|
| Judge | (✓) |
| Magistrate Judge | ( ) |
| U.S. Marshal | ( ) |
| Probation | ( ) |
| U.S. Attorney | ( ) |
| Atty. for Deft. | ( ) |
| Defendant | ( ) |
| Warden | ( ) |
| Bureau of Prisons | ( ) |
| Court Reporter | ( ) |
| Courtroom Deputy | ( ) |
| Orig-Security | ( ) |
| Bankruptcy Clerk's Ofc. | ( ) |
| Other _____ | ( ) |

Date: 7/2/02

Frank G. Johns, Clerk
By: E. Barton
    Deputy Clerk