UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JOHN DOE I, et al.,

        Plaintiffs.                                     1:02CV01431 - JB

      v.

STATE OF ISRAEL, et al.,

        Defendants.

---

## MOTION OF DEFENDANTS CONGREGATION RINAT YISRAEL, RABBI YOSEF ADLER AND ARNON HILLER TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2) and 12(b)(6), defendants Congregation Rinat Yisrael, Rabbi Yosef Adler and Arnon Hiller (the "Rinat Defendants") move this Court as follows:

    1.    For an order dismissing the Complaint's Fifth Claim for Relief as against the Rinat Defendants on the grounds that (i) the Court lacks subject matter jurisdiction under the Racketeer Influenced Corrupt Organizations Act, 18 U.S.C. § 1961, et seq., because the conduct and effects alleged in the Fifth Claim are extraterritorial; and (ii) the Fifth Claim does not in other respects state a claim upon which relief can be granted.

    2.    For an order dismissing the Complaint's Eleventh, Thirteenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth and Eighteenth Claims for Relief as against the Rinat Defendants on the grounds that (i) absent the RICO claim asserted in the Fifth Claim, the Court lacks personal jurisdiction over the Rinat Defendants who reside in New Jersey; and (ii) those

common law tort claims fail to state a claim upon which relief can be granted.

This motion is based upon the moving defendants' memorandum of law and the accompanying declarations, and upon all papers and pleadings filed in this action. A proposed order is attached.

Dated: November ___, 2002          Respectfully submitted,

_____
David O. Bickart
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, N.W, Suite 1100
Washington, DC 20005-2327
(202) 682-3500

Aaron Stiefel
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000