UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JOHN DOE I, et al.,

            Plaintiffs.                              1:02CV01431 - JB

   v.

STATE OF ISRAEL, et al.,

            Defendants.

---

## ORDER

Upon consideration of the motion of defendants Congregation Rinat Yisrael, Rabbi Yosef Adler, and Arnon Hiller for an order dismissing the Complaint's Fifth, Eleventh, Thirteenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth and Eighteenth Claims for Relief as against them, all papers submitted in support and in opposition to the motion, and all pleadings and proceedings herein, it is this ____ day of _____, 2002, hereby:

    ORDERED that the motion to dismiss is GRANTED; and

    IT IS FURTHER ORDERED that a judgment dismissing this action with prejudice as against the moving defendants and awarding costs be entered forthwith.

 

                                                  JOHN D. BATES
                                                  United States District Judge