UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JOHN DOE I, et al.,

        Plaintiffs.    1:02CV01431 - JB

  v.

STATE OF ISRAEL, et al.,

        Defendants.

---

## DECLARATION OF RABBI YOSEF ADLER

YOSEF ADLER declares under penalty of perjury:

1. I am a defendant in the above-captioned action.

2. I am the Rabbi of defendant Congregation Rinat Yisrael. I reside and work in Teaneck, New Jersey.

3. I have never owned property in the District of Columbia and I have never had a District of Columbia address, office, telephone listing or bank account. I have had no commercial contacts with the District of Columbia and have never brought a lawsuit or other legal proceeding in the District of Columbia.

4. I have never engaged in any regular business or personal activities in the District of Columbia, nor have I ever transacted business in the District of Columbia.

Doc #30535491.WPD

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October ___, 2002.

_____
Rabbi Yosef Adler