UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JOHN DOE I, et al.,

        Plaintiffs.   1:02CV01431 - JB

v.

STATE OF ISRAEL, et al.,

        Defendants.

---

### **DECLARATION OF ARNON HILLER**

ARNON HILLER declares under penalty of perjury:

1. I am a defendant in the above-captioned action. I was the president of defendant Congregation Rinat Yisrael (the "Congregation") from July 1, 2000, through June 30, 2002.

2. I reside in Teaneck, New Jersey, and I work in Brooklyn, New York.

3. I have never resided or owned property in the District of Columbia. I have never had a District of Columbia address, office, telephone listing, or bank account. I have had no commercial contacts with the District of Columbia and have never brought a lawsuit or other legal proceeding in the District of Columbia.

4. I have never engaged in any regular business or personal activities in the District of Columbia, nor have I ever transacted business in the District of Columbia.

Doc #30535500.WPD

2

5. The Congregation is a synagogue whose only location has been and is in the Township of Teaneck, New Jersey. The Congregation is incorporated under the laws of the State of New Jersey. The Congregation has never been incorporated in the District of Columbia and has never established any place of business there. The Congregation has never owned or leased property in the District of Columbia and has not conducted any business in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November ___, 2002.

_____
Arnon Hiller