UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John Doe I, et al,           )
                             )
    Plaintiffs,               )
                             )
vs.                          )   C.A. No. 1:02CV01431 (JDB)
                             )
State of Israel, et al,      )
                             )
    Defendants.               )
                             )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO LOCAL RULE 26.1

I, the undersigned, counsel of record for Defendants The Boeing Company, McDonnell Douglas Helicopter Corporation, Textron Inc., Bell Helicopter Textron Inc., and Colt's Manufacturing Company, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of these Defendants which have any outstanding securities in the hands of the public.

   For McDonnell Douglas Helicopter Corporation: The Boeing Company

   For The Boeing Company: None

   For Bell Helicopter Textron Inc.: Textron Inc.

   For Textron Inc.: None

   For Colt's Manufacturing Company, Inc.: None

The foregoing representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,
MCKENNA LONG & ALDRIDGE LLP

By: *Kurt J. Hamrock*

Raymond B. Biagini (D.C. Bar #320838)
Kurt J. Hamrock (D.C. Bar #442619)

1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

Attorneys for Defendants
The Boeing Company
McDonnell Douglas Helicopter Corporation
Textron Inc.
Bell Helicopter Textron Inc.
Colt's Manufacturing Company, Inc.
Glen E. Hess
John R. Murphy
Lewis B. Campbell
Phillip Condit
William M. Keys

Dated: November 12, 2002

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Disclosure of Corporate Affiliations was served on November 12, 2002, via first-class mail, on:

        Stanley L. Cohen, Esq.
        351 Broadway
        Suite 300
        New York, NY 10013

        Maher Hanania, Esq.
        1510 H Street NW
        Suite 20
        Washington, DC 20005

        Ori Lev, Esq.
        United States Department of Justice
        Civil Division, Federal Programs Branch
        P.O. Box 883
        Washington, DC 20044

        David O. Bickart, Esq.
        Kaye Scholer LLP
        901 15th Street, NW
        Suite 1100
        Washington, DC 20005

*/s/ Kurt J. Hamrock*
Kurt J. Hamrock