# APPENDIX A

# APPENDIX A

## DEATHS OF PALESTINIAN CHILDREN
## AT THE HANDS OF THE IDF & SETTLERS

## SEPTEMBER 2000 - 2002[1]

| DATE | NAME | AGE | CAUSE OF DEATH | PLACE |
|---|---|---|---|---|
| 9/30/2000 | Nizar Aida | 16 | Killed by Israeli forces gunfire to chest | Ramallah |
| 9/30 | Khaled Bazyan | 15 | Killed by Israeli forces gunfire to head | Nablus |
| 9/300 | Muhammad Al-Durrah | 12 | Killed by Israeli forces gunfire to abdomen and chest | Bureij camp, Gaza |
| 10/1 | Muhammad Dawood | 15 | Killed by Israeli forces gunfire to head | el-Bireh |
| 10/1 | Sara Hassan | 18 mos. | Killed in car by Israeli settler gunfire to head | Nablus |
| 10/1 | Samer Tabanja | 10 | Killed by Israeli forces helicopter gunfire to head | Nablus |
| 10/1 | Sami Taramsi | 17 | Killed by Israeli forces gunfire to head | Gaza |
| 10/2 | Wael Qattawi | 16 | Killed by Israeli forces gunfire to head | Balata camp |
| 10/2 | Muhammad Sajdi | 17 | Killed by Israeli forces gunfire to abdomen | Jericho |
| 10/3 | Husam Hamshari | 16 | Killed by Israeli forces gunfire to head | Tukarm |
| 10/3 | Ammar Rifai | 17 | Killed by Israeli forces gunfire to head | Maghazi camp |
| 10/4 | Muhammad Abu Asi | 9 | Killed by Israeli forces gunfire to chest | Khan Younis |
| 10/6 | Majdi Misilmani | 15 | Killed by Israeli forces gunfire to heart | Beit Hanina |

---

[1]This list which ends with March of this year does not purport to be a complete accounting of all the children who have been killed during the *intifada* as it does not include those who are missing, or those for whom there is incomplete information, or those who are the children of families which have been displaced.

| DATE | NAME | AGE | CAUSE OF DEATH | PLACE |
|---|---|---|---|---|
| 10/6 2000 | Muhammad Tammam | 17 | Killed by Israeli forces gunfire to chest | Tulkarm |
| 10/9 | Yusif Khalaf | 17 | Killed by Israeli forces gunfire to head | Rafah |
| 10/11 | Sami Silmi | 17 | Killed by Israeli forces gunfire to chest | Tulkarm |
| 10/12 | Sami Abu Jazar | 12 | Killed by Israeli forces gunfire to head | Rafah |
| 10/14 | Ala Ahmad | 10 | Died of burst appendix after Israeli forces denied access to hospital | Nablus |
| 10/16 | Muayad Abu Jawarish | 14 | Killed by Israeli forces gunfire to head | Aida camp, Bethlehem |
| 10/20 | Muhammad Abu Tahun | 17 | Killed by Israeli forces gunfire to chest and neck | Tulkarm |
| 10/20 | Samer Awaisi | 15 | Killed by Israeli forces gunfire to upper body | Qalqilya |
| 10/20 | Ala Bani Nimra | 13 | Killed by Israeli forces gunfire to chest | Salfit |
| 10/21 | Omar Ibheisi | 16 | Killed by Israeli forces gunfire to upper body | Deir el-Balah |
| 10/21 | Majid Hawamdeh | 15 | Killed by Israeli forces gunfire to head | el-Bireh |
| 10/22 | Salah Nijmi | 15 | Killed by Israeli forces gunfire to heart | Maghazi camp |
| 10/22 | Wael Emad | 16 | Killed by Israeli forces rubber coated bullet to head | Jabalyah camp |
| 10/23 | Ashraf Habayeb | 15 | Killed by Israeli forces gunfire to head | Nablus |
| 10/24 | Nidal Dbeki | 17 | Killed by Israeli forces gunfire (fragmenting bullet) to abdomen | Gaza |
| 10/24 | Iyyad Shath | 14 | Killed by Israeli forces rubber coated bullet to head | Khan Younis |
| 10/26 | Ala Jawabra | 14 | Killed by Israeli forces gunfire to head | Hebron |
| 10/27 | Bashir Shalawit (Deaf) | 16 | Killed by Israeli forces gunfire to abdomen | Qalqilya |

| DATE | NAME | AGE | CAUSE OF DEATH | PLACE |
|---|---|---|---|---|
| 10/29 2000 | Husni Najjar | 14 | Killed by Israeli forces gunfire to head | Rafah camp |
| 11/1 | Ahmad Abu Tayeh | 13 | Killed by Israeli forces gunfire to head | Shati camp |
| 11/1 | Muhammad Hajjaj | 15 | Killed by Israeli forces gunfire to head | Gaza |
| 11/1 | Ibrahim Omar | 15 | Killed by Israeli forces gunfire to chest | Shati camp |
| 11/2 | Khaled Khatib | 17 | Killed by Israeli forces gunfire to chest | Jerusalem |
| 11/3 | Rami Abdel-Fattah | 15 | Killed by Israeli forces gunfire (fragmenting bullet) to upper body | Jerusalem |
| 11/5 | Maher Saidi | 16 | Killed by Israeli forces gunfire to head | Bureij camp |
| 11/6 | Wajdi Hattab | 13 | Killed by Israeli forces gunfire to chest | Tulkarm |
| 11/6 | Muhammad Jazar | 16 | Killed by Israeli forces gunfire to head | Rafah camp |
| 11/6 | Muhammad Taban | 17 | Killed by Israeli forces gunfire to back | Deir el-Balah |
| 11/7 | Ahmad Khuffash | 7 | Hit by a car driven by Israeli settlers | Salfit |
| 11/8 | Ibrahim Qassas | 17 | Killed by Israeli forces gunfire to head | Khan Younis |
| 11/8 | Muhammad Abu Ghali | 15 | Killed by Israeli forces gunfire to chest | Khan Younis |
| 11/8 | Khalil Abu Saad | 15 | Killed by Israeli forces gunfire to chest | Shati camp |
| 11/8 | Khaled Abu Zahra | 17 | Killed by Israeli forces gunfire to upper body | Nur Shams camp |
| 11/8 | Raed Dawood | 14 | Killed by Israeli forces gunfire (fragmenting bullet) to pelvis | Salfit |
| 11/8 | Fares Audeh | 16 | Killed by Israeli forces gunfire to upper body | Hebron |
| 11/10 | Usama Azouka | 14 | Killed by Israeli forces gunfire to upper body | Jenin |

| DATE | NAME | AGE | CAUSE OF DEATH | PLACE |
|---|---|---|---|---|
| 11/10/2000 | Usama Jirjawi | 17 | Killed by Israeli forces gunfire to chest | Gaza |
| 11/11 | Musa Dibs | 15 | Killed by Israeli forces gunfire to chest | Jabliyah campt |
| 11/12 | Mahmoud Abu Naji | 16 | Killed by Israeli forces sniper fire to chest | Khan Younis |
| 11/13 | Yahya Abu Shamalah | 17 | Killed by Israeli forces sniper fire to back and heart | Khan Younis |
| 11/14 | Muhammad Ajla | 13 | Killed by Israeli forces gunfire to head | Gaza |
| 11/14 | Saber Barash | 15 | Killed by Israeli forces gunfire to upper body | Amari camp |
| 11/15 | Jadou Abu Iqbash | 16 | Killed by Israeli forces gunfire to chest | Hebron |
| 11/15 | Ahmad Basal | 13 | Killed by Israeli forces gunfire to heart and back | Deir el-Balah |
| 11/15 | Ibrahim Jeaidi | 15 | Killed by Israeli forces gunfire (fragmenting bullet) to upper body | Qalqilya |
| 11/15 | Muhammad Shurafi | 17 | Killed by Israeli forces gunfire to head | Gaza |
| 11/16 | Jihad Abu Shahmeh | 11 | Killed by Israeli forces gunfire to head | Khan Younis |
| 11/17 | Muhammad Abu Rayan | 16 | Killed by Israeli forces gunfire to face | Halhoul |
| 11/19 | Abdul Rahman Dahshan | 14 | Killed by Israeli forces gunfire to chest | Maghazi camp |
| 11/20 | Ibrahim Othman | 16 | Killed by Israeli forces gunfire to upper body | Rafah |
| 11/21 | Yasser Abdul Rahim | 16 | Killed by Israeli forces gunfire to chest | Tulkam |
| 11/22 | Ibrahim Moqanan | 15 | Killed by Israeli forces gunfire to head | Khan Younis |
| 11/23 | Maram Hassouna | 3 | Died of asphyxiation after inhaling Israeli forces tear gas | el-Bireh |
| 11/24 | Majdi Abed | 15 | Killed by Israeli forces gunfire to head | Gaza |

| DATE | NAME | AGE | CAUSE OF DEATH | PLACE |
|---|---|---|---|---|
| 11/25 | Abdul Minem Izzidin | 17 | Killed by Israeli forces gunfire to head | Jenin |
| 11/28 | Karam Kurd | 14 | Killed by Israeli forces gunfire to head | Rafah |
| 11/29 | Muhammad Mashrawi | 14 | Killed by Israeli forces gunfire to head | Gaza |
| 11/30 | Wael Badan | 17 | Killed by Israeli forces gunfire to upper body | Bethlehem |
| 11/30 | Shadi Zaghoul | 14 | Hit by a car driven by Israeli settler and left to bleed to death | Husan |
| 12/1 | Muhammad Arja | 12 | Killed by Israeli sniper fire to neck | Rafah |
| 12/5 | Ramzi Bayatnah | 15 | Killed by Israeli forces gunfire to head | Ramallah |
| 12/8 | Ammar Mashni | 16 | Killed by Israeli forces gunfire to head | Jerusalem |
| 12/8 | Mutaz Teilakh | 16 | Killed by Israeli forces gunfire to head | Rammallah |
| 12/9 | Salim Hameida | 13 | Killed by Israeli forces gunfire to head | Rafah |
| 12/11 | Ahmad Qawasmi | 14 | Killed by Israeli forces (point blank) gunshot to head | Hebron |
| 12/15 | Muhammad Dawood | 16 | Killed by Israeli forces gunfire to upper body | Nablus |
| 12/20 | Hani Sufi | 14 | Killed by Israeli forces gunfire to upper body | Rafah |
| 12/22 | Arafat Jabarin | 16 | Killed by Israeli forces gunfire to head | Hebron |
| 12/31 | Munther Abu Wahdan | 13 | Killed by Israeli forces gunfire to head | Hebron |
| 1/7 2001 | Infant Girl Obeisi |  | Died because Israeli forces denied mother access to medical care | Nablus |
| 1/14 | Omar Khaled | 10 | Killed by Israeli forces gunfire to head | el-Bireh |
| 1/21 | Muhammad Sharif | 16 | Killed by Israeli forces gunfire to chest | Rafah |

| DATE | NAME | AGE | CAUSE OF DEATH | PLACE |
|---|---|---|---|---|
| 2/9/2001 | Ahmad Abu Huli | 16 | Killed by Israeli forces gunfire to abdomen | Deir el-Balah |
| 2/13 | Bilal Ramadan | 14 | Killed by Israeli forces gunfire to chest | Burej camp |
| 2/26 | Husam Deesi | 15 | Killed by Israeli forces gunfire to various parts of the body | Qalandiya |
| 3/2 | Ubay Darraj | 9 | Killed by Israeli forces or settler gunfire to chest | el-Bireh |
| 3/2 | Muhammad Hellis | 13 | Killed by Israeli forces gunfire to upper body | Gaza |
| 3/17 | Murtaja Amer | 17 | Killed by Israeli forces rubber coated bullet to head | Qalqilya |
| 3/20 | Muhammad Nasser | 10 | Killed by Israeli settlers with stones or sharp implements | Jerusalem |
| 3/23 | Israa Ahmad | 11 | Died after being delayed from reaching hospital at Israeli checkpoint. | Nablus |
| 3/27 | Mahmoud Daraweesh | 14 | Killed by Israeli forces gunfire to chest | Hebron |
| 3/28 | Yehya Eid | 12 | Killed by Israeli forces exploding mine/shell lacerating his abdomen | Rafah |
| 3/29 | Mahmoud Abu Shehadeh | 15 | Killed by Israeli forces gunfire to upper body | Jabalyah camp |
| 3/30 | Ahmad Marahil | 16 | Killed by Israeli forces gunfire to abdomen | Nablus |
| 4/1 | Luay Tamimi | 11 | Killed by Israeli forces gunfire to head | Ramallah |
| 4/5 | Ahmad Attar | 15 | Killed by Israeli forces gunfire to chest | Deir el-Balah |
| 4/11 | Mahmoud Barakat | 15 | Killed by Israeli forces gunfire to head | Shati camp |
| 4/12 | Shawqat Alami | 14 | Killed by Israeli forces gunfire to neck | Hebron |
| 4/17 | Baraa Shaer | 10 | Killed by Israeli forces gunfire to head | Rafah |

| DATE | NAME | AGE | CAUSE OF DEATH | PLACE |
|---|---|---|---|---|
| 4/17 2001 | Hamza Ubeid | 14 | Killed by Israeli forces explosive bullet to chest | Gaza |
| 4/17 | Rami Gharib | 16 | Killed by Israeli forces gunfire to chest | El-Khader |
| 4/23 | Muhannad Muhareb | 14 | Killed by Israeli forces gunfire to head | Khan Younis |
| 4/30 | Malak Barakat | 3 | Killed by an explosion most likely caused by Israeli forces | Ramallah |
| 5/5 | Iman Hajjo | 4 mos. | Killed by Israeli forces artillary shrapnel to back, head; severed limbs | Khan Younis |
| 5/8 | Hashem Mamlouk | 17 | Killed by Israeli forces gunfire to head | Gaza |
| 5/11 | Husam Tafesh | 16 | Killed by Israeli forces gunfire to waist, heart | Gaza |
| 5/15 | Muhammad Abu Jaser | 17 | Killed by Israeli forces gunfire to chest, heart | Jabalyah camp |
| 5/16 | Muhammad Salim | 14 | Killed by Israeli forces gunfire or sniper fire to back, abdomen | Bureij camp |
| 5/24 | Ala Buji | 15 | Killed by Israeli forces gunfire to heart | Rafah |
| 5/31 | Khalil Afana | 13 | Killed by shrapnel when Israeli forces blew up his home on May 30th | Gaza |
| 5/31 | Ahmad Abu Hilu | 17 | Killed by Israeli forces gunfire to head, right eye | Hizma |
| 6/10 | Hikmat Malalha | 17 | Killed by Israeli forces artillery shrapnel to various parts of the body | Gaza |
| 6/16 | Suleiman Masri | 12 | Killed by Israeli forces gunfire or sniper fire to heart | Rafah |
| 6/17 | Ali Abu Shawish | 12 | Killed by Israeli forces gunfire to abdomen, heart, chest | Khan Younis |
| 6/18 | Adel Muqanan | 16 | Killed by Israeli forces gunfire to abdomen, heart, chest | Khan Younis |
| 6/27 | Mahmoud Imteir | 17 | Killed by Israeli forces gunfire to head, left eye, brain | Qulandiya |

| DATE | NAME | AGE | CAUSE OF DEATH | PLACE |
|---|---|---|---|---|
| 7/1 2001 | Ahmad Yassin | 15 | Killed by Israeli forces gunfire to neck | Gaza |
| 7/7 | Murad Masri | 14 | Killed by Israeli forces gunfire to head | Khan Younis |
| 7/7 | Khalil Moghrabi | 11 | Killed by Israeli forces gunfire to head | Rafah |
| 7/17 | Tarek Abu Dabaat | 17 | Died of a heart attack following Israeli forces shelling | Hebron |
| 7/19 | Diya Tmeizi | 3 mos. | Killed by Israeli forces gunfire to head, back, various parts of body | Hebron |
| 7/23 | Rifat Nahhal | 15 | Killed by Israeli forces gunfire to back and heart | Rafah |
| 7/31 | Ashraf Abu Khader | 10 | Killed by Israeli forces helicopter fire during targeted assassination | Jenin |
| 7/31 | Bilal Abu Khader | 12 | Killed by Israeli forces helicopter fire during targeted assassination | Jenin |
| 8/10 | Ahmad Saqqa | 17 | Killed by Israeli forces silenced gunshot to abdomen | Gaza |
| 8/11 | Zahra Abu Shallouf | 2 | Died after Israeli forces denied access to medical care | Rafah |
| 8/12 | Sabreen Abu Sneineh | 9 | Killed by Israeli forces gunfire to forehead | Hebron |
| 8/19 | Muhammad Abu Arrar | 13 | Killed by Israeli forces gunfire or sniper fire to upper body | Rafah |
| 8/19 | Inas Abu Zeid | 7 | Killed by shrapnel from Israeli forces ground-to-ground missiles | Rafah |
| 8/19 | Suleiman Abu Zeid | 6 | Killed by shrapnel from Israeli forces ground-to-ground missiles | Rafah |
| 8/22 | Abdallah Atatrah | 3 | Died of drowning after Israeli forces denied access to medical care | Jenin |
| 8/23 | Muhammad Zurob | 12 | Killed by Israeli forces sniper shot to chest | Khan Younis |
| 8/28 | Tamer Zurob | 17 | Killed by Israeli forces gunfire to head | Rafah |

| DATE | NAME | AGE | CAUSE OF DEATH | PLACE |
|---|---|---|---|---|
| 9/8 2001 | Muhammad Abu Libdch | 13 | Killed by Israeli forces gunfire to abdomen | Rafah |
| 9/8 | Khaled Batsh | 3 | Died of fractured skull due to fall during army/settler tear gas attack | Hebron |
| 9/12 | Balqis Arda | 14 | Killed by Israeli forces artiller shrapnel, to neck | Jenin |
| 9/13 | Ramzi Hassounah | 16 | Killed by Israeli forces gunfire to abdomen | Gaza |
| 9/15 | Imad Zurob | 15 | Killed by Israeli forces gunfire to abdomen | Khan Younis |
| 9/23 | Safdi Infant, Stillborn | | Died after Israeli forces delayed mother access to medical care | Kablus |
| 9/26 | Mahmoud Qishta | 16 | Killed by Israeli forces gunfire to head | Rafah |
| 9/27 | Muawiya Nahhal | 14 | Killed by Israeli forces gunfire to upper body | Rafah |
| 9/28 | Muhsin Arrar | 17 | Killed by Israeli forces gunfire to upper body | Ramallah |
| 9/28 | Muhammad Tarayra | 11 | Killed by Israeli forces heavy tank fire to abdomen | Hebron |
| 9/29 | Khalil Fayyad | 17 | Killed by Israeli forces gunfire to head | Deir el-Balah |
| 9/29 | Mahmoud Sawwaf | 12 | Killed by Israeli forces gunfire to upper body | Gaza |
| 10/3 | Ibrahim Rayan | 16 | Killed by Israeli forces gunfire (20 shots) to various parts of body | Jabalyah camp |
| 10/7 | Issa Abu Tabeekh | 17 | Died of heart attack after Israeli forces denied access to medical care | Hebron |
| 10/18 | Riham Ward | 12 | Killed in her classroom by Israeli forces gunfire to upper body | Jenin |
| 10/19 | Basil Mubasher | 13 | Killed by Israeli forces explosive booby trap, various injuries | Khan Younis |
| 10/20 | Yusef Abayat | 10 | Killed by Israeli forces gunfire to upper body | Beit Sahur |

| DATE | NAME | AGE | CAUSE OF DEATH | PLACE |
|---|---|---|---|---|
| 10/20 2001 | Johnny Thaljia | 17 | Killed by Israeli forces gunfire to chest | Bethlehem |
| 10/21 | Ahmad Abu Mandil | 17 | Killed by Israeli forces gunfire to abdomen | Mahhazi camp |
| 10/23 | Nasser Qaran | 14 | Killed by Israeli forces gunfire to chest | Qalqilya |
| 10/24 | Abed Rabo Infant, Newborn | | Died after Israeli forces denied access to medical care | Bethlehem |
| 10/26 | Fuad Dahshan | 17 | Killed by Israeli forces gunfire to various parts of the body | Gaza |
| 11/12 | Ahmad Abu Mustafa | 13 | Killed by Israeli forces gunfire to head | Khan Younis |
| 11/18 | Taher Kilani | 17 | Killed by Israeli forces gunfire to head | Jenin |
| 11/22 | Akram Astal | 6 | Killed by Israeli forces explosive device | Khan Younis |
| 11/22 | Anis Astal | 10 | Killed by Israeli forces explosive device | Khan Younis |
| 11/22 | Muhammad Naim Astal | 13 | Killed by Israeli forces explosive device | Khan Younis |
| 11/22 | Muhammad Sultan Astal | 11 | Killed by Israeli forces explosive device | Khan Younis |
| 11/22 | Omar Astal | 12 | Killed by Israeli forces explosive device | Khan Younis |
| 11/23 | Wael Radwan | 15 | Killed by Israeli forces gunfire to head | Khan Younis |
| 11/25 | Kifah Obeid | 13 | Killed by Israeli forces gunfire to chest | Kheisheh camp |
| 12/1 | Muhammad Abu Shahla | 13 | Killed by Israeli forces gunfire to head | Jenin |
| 12/4 | Muhammad Marsa | 12 | Killed by Israeli forces artillery shrapnel to various parts of the body | Shati camp |
| 12/4 | Nasser Qizmar | 8 mos. | Died after Israeli forces denied access to medical care | Qalqilya |

130

| DATE | NAME | AGE | CAUSE OF DEATH | PLACE |
|---|---|---|---|---|
| 12/10 2001 | Shadi Arafeh | 13 | Killed by Israeli forces helicopter missile during targeted assassination | Hebron |
| 12/10 | Burham Himuni | 3 | Killed by Israeli forces helicopter missile during targeted assassination | Hebron |
| 12/10 | Muhammad Zakin | 8 Hrs. | Died after Israeli forces denied access to medical care | Yamoun |
| 12/11 | Said Infant, Stillborn | | Died after Israeli forces denied his mother access to medical care | Yamoun |
| 12/13 | Ahmad Masri | 15 | Killed by Israeli forces helicopter gunfire to upper body | Khan Younis |
| 12/15 | Mahmoud Ahmad | 17 | Killed by Israeli forces helicopter gunfire to head | Beit Hanoun |
| 12/15 | Imad Ghaleez | 15 | Killed by Israeli forces helicopter gunfire to head | Gaza |
| 12/16 | Suleiman Abu Hassan, Premature | | Died after Israeli forces denied mother access to medical care | Qalandiya |
| 12/16 | Yasser Kussba | 12 | Killed by Israeli forces rubber coated bullet fired close-range to head | Qalandiya |
| 12/20 | Mahmoud Muqayyad | 14 | Killed by Israeli forces gunfire to chest | Gaza |
| 12/21 | Abdul Aziz Swarkeh | 17 | Killed by Israeli forces gunfire to chest | Gaza |
| 12/21 | Habib Radwan | 14 | Killed by Israeli forces gunfire to abdomen | Gaza |
| 12/21 | Khalil Saifi | 17 | Killed by Israeli forces gunfire to face | Gaza |
| 12/21 | Zakaria Nawajha | 17 | Killed by Israeli forces gunfire to chest | Gaza |
| 12/21 | Riad Ahel | 17 | Killed by Israeli forces gunfire to head | Gaza |
| 12/21 | Abdul Karim Ashqar | 16 | Killed by Israeli forces gunfire to chest | Gaza |
| 12/30 | Muhammad Madhoun | 16 | Killed by Israeli forces gunfire to various parts of the body | Gaza |

| DATE | NAME | AGE | CAUSE OF DEATH | PLACE |
|---|---|---|---|---|
| 12/30 2001 | Muhammad Labad | 16 | Killed by Israeli forces gunfire to various parts of the body | Gaza |
| 12/30 | Ahmad Banat | 15 | Killed by Israeli forces gunfire to various parts of the body | Gaza |
| 1/18/ 2002 | Muhammad Jawdeh | 16 | Killed by Israeli artillery wounds in various parts of the body | Rafah |
| 1/25 | Samer Kussba | 14 | Killed by Israeli forces gunfire to head | Ramallah |
| 1/27 | Safwat Khalil | 17 | Killed by Israeli forces explosion causing multiple injuries | Nablus |
| 1/30 | Tamer Kashour | 17 | Killed by Israeli forces gunfire to head | Jerusalem |
| 2/1 | Luay Adili | 15 | Killed by Israeli forces gunfire to head | Nablus |
| 2/6 | Fadi Azazi | 16 | Killed by Israeli forces gunfire to chest | Rafah |
| 2/16 | Masud Abu Jalal | 16 | Killed by Israeli forces gunfire to head | Gaza Wusta |
| 2/18 | Mona Bajasah | 14 | Killed by Israeli forces gunfire to head | Khan Younis |
| 2/19 | Muhammad Hashash | 17 | Killed by Israeli forces artillery shrapnel to heart | Nablus |
| 2/21 | Basil Attar | 17 | Killed by Israeli forces gunfire to chest | Rafah |
| 2/21 | Ihab Abdul Wahab | 16 | Killed by Israeli forces gunfire to chest | Rafah |
| 2/23 | Nora Shalhoub | 15 | Killed by Israeli forces gunfire to various parts of the body | Jenin |
| 3/1 | Ibrahim Tallaka | 14 | Killed by Israeli forces gunfire to back | Northern Gaza |
| 3/1 | Maria Abu Sarieh | 9 | Killed by Israeli forces gunfire | Jenin refugee camp |
| 3/2 | Inas Salah | 7 | Killed by Israeli forces gunfire shrapnel to various parts of the body | Northern Gaza |

132

| DATE | NAME | AGE | CAUSE OF DEATH | PLACE |
|---|---|---|---|---|
| 3/3 2002 | Ahmad Hashash | 15 | Killed by Israeli forces gunfire to abdomen | Nablus |
| 3/4 | Ayman Alem | 17 | Killed by Israeli forces gunfire to various parts of the body | Qalqilya |
| 3/4 | Shaima Masri | 4 | Killed by Israeli forces gunfire shrapnel to various parts of the body | Ramallah |
| 3/4 | Arafat Masri | 16 | Killed by Israeli forces gunfire shrapnel to various parts of the body | Ramallah |
| 3/4 | Aziza Abu Kweik | 17 | Killed by Israeli forces gunfire shrapnel to various parts of the body | Ramallah |
| 3/4 | Baraa Abu Kweik | 14 | Killed by Israeli forces gunfire shrapnel to various parts of the body | Ramallah |
| 3/4 | Muhammad Abu Kweik | 8 | Killed by Israeli forces gunfire shrapnel to various parts of the body | Ramallah |
| 3/6 | Khaled Subeih | 16 | Killed by Israeli forces gunfire to the head | Ramallah |
| 3/8 | Khaled Khairallah | 10 | Killed by Israeli forces gunfire to various parts of the body | Tulkarm |
| 3/8 | Said Abu Sufyan | 15 | Killed by Israeli forces gunfire to head | Jenin |
| 3/9 | Nidaa Izza | 15 | Killed by Israeli forces gunfire shrapnel to various parts of the body | Bethlehem |
| 3/10 | Muhammad Ghanem | 16 | Killed by Israeli forces gunfire to heart | Nablus |
| 3/12 | Rawan Jabrili | 15 | Killed by Israeli forces gunfire shrapnel to neck and chest | Hebron |
| 3/15 | Amani Awawdah | 12 | Killed by Israeli forces exploding mine | Deir el-Balah |
| 3/15 | Salem Awawdah | 10 | Killed by Israeli forces exploding mine | Deir el-Balah |

| DATE | NAME | AGE | CAUSE OF DEATH | PLACE |
|---|---|---|---|---|
| 3/15 2002 | Tarek Awawdah | 9 | Killed by Israeli forces exploding mine | Deir el-Balah |
| 3/17 | Shaima Hamad | 11 | Killed by Israeli forces gunfire to head | Rafah |
| 3/17 | Mujahed Abu Shabab | 2 | Killed by Israeli forces shelling | Rafah |
| 3/20 | Muhammad Mughrabi | 11 | Killed by Israeli forces gunfire to various parts of the body | Askar refugee camp |
| 3/23 | Riham Abu Taha | 4 | Killed by Israeli forces gunfire to head | Rafah |
| 3/25 | Mahmud Abu Yassin | 15 | Killed by Israeli forces gunfire | Jabalya refugee camp |
| 3/31 | Hamadeh Sikli | 13 | Killed by Israeli forces gunfire | Rafah |