UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No: 1:02 CV 01431 (JDB) |
| STATE OF ISRAEL et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION
OF TIME IN WHICH TO RESPOND TO DEFENDANTS GEORGE W.
BUSH AND COLIN POWELL'S MOTION TO DISMISS**

Plaintiffs through undersigned counsel hereby move for an extension of time in which to file an opposition to Federal Defendants Motion to Dismiss. The response to the Motion is currently due on November 14, 2002. The Plaintiffs respectfully move for a 60-day extension in which to file a response.

Plaintiffs' counsel is presently in trial in New York and has two other trials until mid December 2002. Counsel for Defendants does not object to this Motion.

Wherefore, Plaintiffs respectfully request that this motion be GRANTED and the Plaintiffs be provided an additional 60 days to file their response.

Dated: Washington, DC
on this 12th day of November, 2002

_____
Stanley L. Cohen, Esq.

Attorney for Plaintiffs
*Pro Hac Vice*
351 Broadway, Suite 300
New York, New York  10013
(212) 979-7572


_____
Maher Hanania, Esq.
Local counsel
1510 H Street NW, Suite 20
Washington, DC  20005
Washington, DC Bar No. 464766
(202) 347-5800