UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:02 CV 01431 (JDB) |
| v. ) | |
| ) | |
| STATE OF ISRAEL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective immediately, the street address for counsel for Defendants President George W. Bush and Secretary of State Colin Powell, in their official capacities, has changed. The new street address, to which all Federal Express and other delivery services should be sent, is as follows:

    Ori Lev
    U.S. Department of Justice
    20 Massachusetts Avenue, N.W.
    Room 7330
    Washington, D.C.  20001

U.S. Mail should still be sent to:

    Ori Lev
    United States Department of Justice
    Civil Division/Federal Programs Branch
    P.O. Box 883
    Washington, D.C.  20044

In light of the ongoing delays with the delivery of U.S. mail to government offices in Washington, the undersigned respectfully requests that counsel serve any pleadings,

correspondence, or other materials <u>via</u> facsimile (202-616-8202); e-mail (ori.lev@usdoj.gov); or delivery service to the street address set forth above.

Dated:  November 19, 2002.                                   Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

ROSCOE C. HOWARD, JR.
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director


_____
ORI LEV, DC # 452565
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Tel: (202) 514-2395
Fax: (202) 616-8202

Attorneys for Defendants
George W. Bush and Colin Powell

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Address Change was served this 19th day of November in the manner indicated upon the following:

Stanley L. Cohen, Esq.
351 Broadway
Suite 300
New York, NY  100131
(via U.S. mail)

Maher Hanania, Esq.
maher@hananialaw.com
(via e-mail)

Raymond B. Biagini
rbiagini@mckennalong.com
(via e-mail)

Kurt J. Hamrock
khamrock@mckennalong.com
(via e-mail)

David Bickart, Esq.
dbickart@kayescholer.com
(via e-mail)

_____
ORI LEV