UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, et al, | ) |
|        Plaintiffs, | ) |
| v. | ) Civil Action No: 1:02 CV 01431 (JDB) |
| STATE OF ISRAEL et al, | ) |
|        Defendants. | ) |

**PLAINTIFFS' MOTION FOR EXTENSION
OF TIME IN WHICH TO RESPOND TO DEFENDANTS
CONGREGATION RINAT YISRAEL, RABBI YOSEF ADLER AND ARNON
HILLER MOTION TO DISMISS**

    Plaintiffs through undersigned counsel hereby move for an extension of time in which to file an opposition to Defendants Motion to Dismiss.

    The response to the Motion is currently due on November 22, 2002. The Plaintiffs respectfully move for a 60-day extension in which to file a response.

    Plaintiffs' counsel is presently in trial in New York and has two other trials until mid December 2002.

    Wherefore, Plaintiffs respectfully request that this motion be GRANTED and the Plaintiffs be provided to and including February 7, 2003 to file their response.

Dated: this 22st day of November 2002

 

_____
Stanley L. Cohen, Esq.
Attorney for Plaintiffs

*Pro Hac Vice*
351 Broadway, Suite 300
New York, New York  10013
(212) 979-7572


_____
Maher Hanania, Esq.
Local counsel
1510 H Street NW, Suite 20
Washington, DC  20005
Washington, DC Bar No. <u>464766</u>
(202) 347-5800