UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No: 1:02 CV 01431 (JDB) |
| STATE OF ISRAEL et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION
OF TIME IN WHICH TO RESPOND TO DEFENDANTS GEORGE W.
BUSH, COLIN POWELL, DEFENSE CONTRACTORS, AND MOTION TO
DISMISS**

Plaintiffs through undersigned counsel hereby move for an extension of time in which to file an opposition to Federal Defendants and Defense Contractors Motion to Dismiss.  The Plaintiffs respectfully move for an extension of time to and including February 7, 2003, in which to file a response.

Plaintiff has three motion to answer, one is due January 13, 2003, the second on January 27, 2003 and the last on February 7, 2003.  Plaintiff's counsel would like the time to file all three on the same date because many of the issues are related.

Wherefore, Plaintiffs respectfully request that this motion be GRANTED and Plaintiff be provided an additional time to and including February 7, 2003 to file their response.

Dated: Washington, DC
on this 12th day of January, 2003

- 1 -

- 2 -

                                              _____
Stanley L. Cohen, Esq.
Attorney for Plaintiffs
*Pro Hac Vice*
351 Broadway, Suite 300
New York, New York 10013
(212) 979-7572


_____
Maher Hanania, Esq.
Local counsel
1510 H Street NW, Suite 20
Washington, DC  20005
Washington, DC Bar No. <u>464766</u>
(202) 347-5800