UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE I, et al.,

Plaintiffs.

v.

STATE OF ISRAEL, et al.,

Defendants.

1:02CV01431 - JB

### RESPONSE OF DEFENDANTS CONGREGATION RINAT YISRAEL, RABBI YOSEF ADLER AND ARNON HILLER TO PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME

Defendants Congregation Rinat Yisrael, Rabbi Yosef Adler and Arnon Hiller (the "Rinat Defendants") respond to plaintiffs' "consent" motion for extension of time to respond to the Rinat Defendants' motion to dismiss as follows:

Plaintiffs' motion fails to mention that the Rinat Defendants' expressly conditioned their consent to a further extension of plaintiffs' time to respond to their motion on plaintiffs' agreement that the Rinat Defendants be afforded 30 days to reply to plaintiffs' answering papers. Given that the Rinat Defendants' motion to dismiss was filed in November 2002, and plaintiffs

Doc#30609858.WPD

have been given months to respond, any order further extending plaintiffs' time to respond should allow 30 days for the Rinat Defendants' reply.

Dated: February 10, 2003
Respectfully submitted,

_____
David O. Bickart (355313)
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, N.W, Suite 1100
Washington, DC 20005-2327
(202) 682-3500

Aaron Stiefel
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

Doc#30609858.WPD