UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JOHN DOE, et al.,                  )
                                   )
    Plaintiffs,                    )
                                   )   No. 1:02 CV 01431 (JDB)
    v.                             )
                                   )
STATE OF ISRAEL, et al.,           )
                                   )
    Defendants.                    )
_____)


**FEDERAL DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME IN WHICH TO FILE
A REPLY IN FURTHER SUPPORT OF THEIR
MOTION TO DISMISS OFFICIAL CAPACITY CLAIMS**

Defendants George W. Bush, in his official capacity as President of the United States, and Colin Powell, in his official capacity as Secretary of State (collectively, the "Federal Defendants"), hereby move, by and through undersigned counsel, for an extension of time in which to file a reply in further support of their motion to dismiss the official capacity claims asserted against them.[1] The Federal Defendants' reply is currently due on February 14, 2003. The Federal Defendants respectfully request an extension of one month, to and including March 14, 2003, in which to file their reply.

Plaintiffs took over three months to file their opposition to the Federal Defendants' motion to dismiss. Their 24-page opposition also references and incorporates parts of a separate

---

[1] The undersigned appears on behalf of the Federal Defendants in their official capacities only. The undersigned is not authorized to appear on behalf of either of the Federal Defendants in his individual capacity, nor does the filing of this Motion constitute a waiver of any defense on behalf of those individuals.

31-page opposition filed in response to the Defense Contractors' separate motion to dismiss. Plaintiffs have also sought an extension of time, to and including February 28, 2003, in which to respond to additional Defendants' motion to dismiss, and those Defendants have indicated that they too will ask this Court for one month in which to respond to Plaintiffs' opposition.  The requested extension, therefore, likely will not delay resolution of this case.

Plaintiffs' counsel has informed the undersigned that he has no objection to the relief requested herein.

A proposed order is attached for the Court's consideration.

WHEREFORE, the Federal Defendants request that the instant motion be GRANTED and that the Federal Defendants be provided with one additional month, to and including March 14, 2003, in which to file a reply in further support of their motion to dismiss the claims asserted against them in their official capacity.

Dated:  February 7, 2003.               Respectfully submitted,

                                        ROBERT D. McCALLUM, JR.
                                        Assistant Attorney General

                                        ROSCOE C. HOWARD, JR.
                                        United States Attorney

                                        VINCENT M. GARVEY
                                        Deputy Branch Director


                                        _____
                                        ORI LEV, DC # 452565
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch

Mail: P.O. Box 883, Washington, DC  20044
Delivery: 20 Massachusetts Ave., NW, Room 7330
  Washington, DC 20001
Tel: (202) 514-2395
Fax: (202) 616-8202

Attorneys for Defendants
George W. Bush and Colin Powell
in their official capacities

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JOHN DOE, et al.,                )
                                 )
    Plaintiffs,           )
                                 )   No. 1:02 CV 01431 (JDB)
    v.                    )
                                 )
STATE OF ISRAEL, et al.,         )
                                 )
    Defendants.           )
_____)

[Proposed] **ORDER**

This matter having come before the Court on the Federal Defendants' Unopposed Motion for Extension of Time in Which to File a Reply in Further Support of Their Motion to Dismiss Official Capacity Claims, there being no opposition thereto, and good cause having been shown, it is hereby

ORDERED that the Federal Defendants' Motion is GRANTED and the Federal Defendants shall have until March 14, 2003, to file a reply in further support of their motion to dismiss the official capacity claims asserted against them.

**SO ORDERED.**

                                                                            _____
                                                                            HON. JOHN D. BATES
                                                                            United States District Judge

Copies to:

Ori Lev, Esq.
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044

Stanley L. Cohen, Esq.
351 Broadway, Suite 300
New York, NY  10013

Maher Hanania, Esq.  
1510 H Street NW, Suite 20  
Washington, DC  20005