UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe I, et al, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>State of Israel, et al, )<br>)<br>Defendants. )<br>) | C.A. No. 1:02CV01431 (JDB) |

**DEFENSE CONTRACTORS' UNOPPOSED
MOTION FOR EXTENSION OF TIME IN WHICH TO
REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**

Defendants The Boeing Company, McDonnell Douglas Helicopter Corporation, Textron Inc., Bell Helicopter Textron Inc., Colt's Manufacturing Company, Inc., Glen E. Hess, John R. Murphy, Lewis B. Campbell, Phillip Condit, and Lt. General (Ret.) William M. Keys (collectively, "the Defense Contractors"), move for an extension of time, up to and including March 14, 2003, in which to reply to Plaintiffs' Opposition to the Defense Contractors' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1).

The requested extension, which counsel for Plaintiffs does not oppose, is justified given the dispositive nature of the issues presented and the length of time Plaintiffs had to prepare their Opposition. The Federal Defendants have requested a similar extension of time in which to reply to the Plaintiff's Opposition to the Federal Defendants' Motion to Dismiss. Consequently, the requested extension will not delay unduly the resolution of the case.

- 2 -

        Respectfully submitted,
        MCKENNA LONG & ALDRIDGE LLP


By: _____
        Raymond B. Biagini (D.C. Bar #320838)
        Kurt J. Hamrock (D.C. Bar #442619)

        1900 K Street, N.W.
        Washington, D.C. 20006
        (202) 496-7500

        Attorneys for Defendants
        The Boeing Company
        McDonnell Douglas Helicopter Corporation
        Textron Inc.
        Bell Helicopter Textron Inc.
        Colt's Manufacturing Company, Inc.
        Glen E. Hess
        John R. Murphy
        Lewis B. Campbell
        Phillip Condit
        William M. Keys

Dated:  February 11, 2003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe I, et al, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>State of Israel, et al, )<br>)<br>Defendants. )<br>) | C.A. No. 1:02CV01431 (JDB) |

## **ORDER**

Upon consideration of the Defense Contractors' Unopposed Motion for Extension of Time in Which to Reply to Plaintiffs' Opposition to the Defense Contractors' Motion to Dismiss, it is, this ____ day of February, 2003,

ORDERED that the Defense Contractors' Motion is hereby GRANTED; and it is

FURTHER ORDERED that the Defense Contractors shall reply to Plaintiffs' Opposition on or before March 14, 2003.

_____
Honorable John D. Bates
United States District Judge