UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) Civil Action No: 1:02 CV 01431 (JDB) | |
| STATE OF ISRAEL et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION
OF TIME IN WHICH TO RESPOND TO DEFENDANTS
CONGREGATION RINAT YISRAEL, RABBI YOSEF ADLER AND ARNON
HILLER MOTION TO DISMISS**

Plaintiffs through undersigned counsel hereby move for an extension of time in which to file an opposition to Defendants Motion to Dismiss.

The response to the Motion is currently due on February 28, 2003. The Plaintiffs respectfully move for a14-days extension in which to file a response.

Plaintiffs' counsel presently has several Motions due in this case and is preparing to file several Oppositions tomorrow. The extra time is needed to prepare this Opposition.

Defendants will have until April 14, 2003 to reply.

Wherefore, Plaintiffs respectfully request that this motion be GRANTED and the Plaintiffs be provided to and including March 14, 2003 to file their response.

Dated: this 28th day of February 2003

_____
Stanley L. Cohen, Esq.
Attorney for Plaintiffs
*Pro Hac Vice*
351 Broadway, Suite 300
New York, New York  10013
(212) 979-7572


_____
Maher Hanania, Esq. <u>464766</u>
Local counsel
6066 Leesburg Pike
Falls Church, VA
(703) 778-2400