## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>STATE OF ISRAEL, ARIEL SHARON in his )<br>individual capacity and as former Israeli Minister )<br>of Defense, NATAN SHARANSKI individually )<br>and in his capacity as Israeli Minister of )<br>Construction and Housing, BINYAMIN BEN )<br>ELIEZER individually and in his capacity as )<br>Israeli Minister of Defense, SHIMON PERES )<br>individually and in his capacity as Israeli )<br>Minister of Foreign Affairs, UZI LANDAU )<br>individually and in his capacity as Israeli )<br>Minister of Internal Security, MEIR SHEETRIT )<br>individually and as Israeli Minister of Justice, )<br>THE ISRAELI GENERAL SECURITY )<br>SERVICE (the "Shin Bet"), AVI DICHTER, the )<br>head of the Shin Bet, ISRAELI DEFENSE )<br>FORCES (IDF), LT. GENERAL SHAUL )<br>MOFAZ individually and as Chief of the General )<br>Staff, MAJOR GENERAL AMOS GILAD )<br>individually and as the IDF Coordinator of )<br>Government Activities in Judea, Samaria and the )<br>Gaza, MAJOR GENERAL AHARON ZE'EVI )<br>FARKASH individually and as IDF Director of )<br>Military Intelligence, AMOS YARON )<br>individually and in his capacity as Secretary )<br>General of the Defense Ministry and as former )<br>Brigadier General and Commandant of IDF )<br>forces in Beirut, Lebanon (collectively the )<br>"Israeli Defendants"), *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:02 CV 01431 (JDB)<br><br><br><br>**UNOPPOSED MOTION OF THE STATE OF ISRAEL AND RELATED DEFENDANTS FOR A DATE CERTAIN TO MOVE TO DISMISS THE COMPLAINT** |

Defendants the State of Israel, the Israeli Defense Forces and the Israeli General Security Service, and defendants Ariel Sharon, Natan Sharanski, Binyamin Ben Elizer, Shimon Peres, Uzi Landau, Meir Sheetrit, Avi Dicter, Shaul Mofaz, Amos Gilad, Aharon Ze'evi Farkash, and Amos Yaron (collectively the "Israeli Government Defendants"), move for a date certain to file their threshold motion to dismiss the claims asserted against them. Without waiving any rights or defenses or appearing for any other purposes, the Israeli Government Defendants request permission to file their motion on or before May 29, 2003, ninety days from the date of this motion.

Under 28 U.S.C. § 1608(d), foreign states and their political subdivisions, agencies or instrumentalities, including foreign officials sued in their official capacities, have sixty days to file responsive pleadings after proper service. Here, proper service has not occurred. Plaintiffs have claimed in the press that they recently served the Israeli Government Defendants, but in fact Plaintiffs have not complied with U.S. law or the international treaty designed to protect Israel's sovereign rights and the rights of related defendants. Thus, no event has occurred to start the time running for Defendants to respond.

Nonetheless, in light of Plaintiffs' public statements, the Israeli Government Defendants wish to make a special appearance in this matter for the limited purpose of moving to dismiss based on failure to effect service and other grounds. Given that Plaintiffs have named 14 Israeli Government Defendants, including the current Prime Minister of Israel, members of the Cabinet and other senior government officials, all of whom reside overseas, Defendants ask the Court to set May 29, 2003, 90 days from today, for the filing of this motion.

Plaintiffs' counsel, Mr. Hanania, has indicated that he has no objection to a filing date of May 29, 2003.

A proposed order is attached.

Dated:  February 28, 2003                    Respectfully submitted,

*Robert Weiner /jek*

Robert N. Weiner (D.C. Bar No. 298133)
Jean E. Kalicki (D.C. Bar No. 427679)
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5000
Fax: (202) 942-5999

Attorneys for Defendants the State of Israel, the Israeli Defense Forces and the Israeli General Security Service, and defendants Ariel Sharon, Natan Sharanski, Binyamin Ben Elizer, Shimon Peres, Uzi Landau, Meir Sheetrit, Avi Dicter , Shaul Mofaz, Amos Gilad, Aharon Ze'evi Farkash, and Amos Yaron

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 1:02 CV 01431 (JDB) |
| | ) |
| STATE OF ISRAEL, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### [Proposed] ORDER

This matter having come before the Court on the Unopposed Motion of the State of Israel and Related Defendants For an Date Certain to Move to Dismiss the Complaint, there being no opposition thereto, and good cause having been shown, it is hereby

ORDERED that the Motion is GRANTED, and the Israeli Government Defendants shall have until May 29, 2003, to move to dismiss the claims asserted against them in this action.

**SO ORDERED.**

HON. JOHN D. BATES
United States District Judge

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served this 28th day of February, 2003, via United States mail, on the following:

Maher Hanania, Esq.
Hanania Khader & Nawash
6066 Leesburg Pike, Suite 101
Falls Church, VA 22041

Stanley L. Cohen, Esq.
351 Broadway, Suite 300
New York, NY 10013

_____
Jean E. Kalicki