
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:02 CV 01431 (JDB) |
| v. ) | |
| ) | |
| STATE OF ISRAEL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## UNOPPOSED MOTION OF FEDERAL DEFENDANTS
## FOR EXTENSION OF TIME IN WHICH TO FILE
## A REPLY IN FURTHER SUPPORT OF THEIR
## MOTION TO DISMISS OFFICIAL CAPACITY CLAIMS

Defendants George W. Bush, in his official capacity as President of the United States, and Colin Powell, in his official capacity as Secretary of State (collectively, the "Federal Defendants"), hereby move, by and through undersigned counsel, for an extension of time in which to file a reply in further support of their motion to dismiss the official capacity claims asserted against them.[1]  The Federal Defendants' reply is currently due on March 14, 2003.  The Federal Defendants respectfully request an extension of two weeks, to and including March 28, 2003, in which to file their reply.

The undersigned previously requested and received an extension to March 14, 2003, in which to file a reply.  In light of unexpected work-related developments, and the undersigned's planned absence from the office from March 2 through March 7, the undersigned now requests

---

[1] The undersigned appears on behalf of the Federal Defendants in their official capacities only.  The undersigned is not authorized to appear on behalf of either of the Federal Defendants in his individual capacity, nor does the filing of this Motion constitute a waiver of any defense on behalf of those individuals.

an additional two weeks in which to file a reply. Plaintiffs, similarly, have recently moved for an additional extension of time in which to respond to Congregation Rinat Yisrael's motion to dismiss. Should Plaintiffs' motion be granted, Congregation Rinat Yisrael's motion will not be fully briefed until April 14, 2003. The requested extension, therefore, likely will not delay resolution of this case.

    Plaintiffs' counsel has informed the undersigned that he has no objection to the relief requested herein.

    A proposed order is attached for the Court's consideration.

    WHEREFORE, the Federal Defendants request that the instant motion be GRANTED and that the Federal Defendants be provided with two additional weeks, to and including March 28, 2003, in which to file a reply in further support of their motion to dismiss the claims asserted against them in their official capacity.

Dated: February 28, 2003.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

ROSCOE C. HOWARD, JR.
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

_____
ORI LEV, DC # 452565
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

Mail: P.O. Box 883, Washington, DC  20044
Delivery: 20 Massachusetts Ave., NW, Room 7330
  Washington, DC 20001
Tel: (202) 514-2395
Fax: (202) 616-8202

Attorneys for Defendants
George W. Bush and Colin Powell
in their official capacities

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:02 CV 01431 (JDB) |
| v. ) | |
| ) | |
| STATE OF ISRAEL, et al., ) | |
| ) | |
| Defendants. ) | |

[Proposed] **ORDER**

This matter having come before the Court on the Unopposed Motion of Federal Defendants for Extension of Time in Which to File a Reply in Further Support of Their Motion to Dismiss Official Capacity Claims, there being no opposition thereto, and good cause having been shown, it is hereby

ORDERED that the Federal Defendants' Motion is GRANTED and the Federal Defendants shall have until March 28, 2003, to file a reply in further support of their motion to dismiss the official capacity claims asserted against them.

**SO ORDERED.**

_____
HON. JOHN D. BATES
United States District Judge

Copies to:

Ori Lev, Esq.
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044

Stanley L. Cohen, Esq.
351 Broadway, Suite 300
New York, NY  10013

Maher Hanania, Esq.
1510 H Street NW, Suite 20
Washington, DC  20005

2