UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE, et al.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**STATE OF ISRAEL, et al.,**<br><br>    Defendants. | Civil Action No.  02-1431 (JDB)<br><br>ECF |

### ORDER

This matter having come before the Court on the Unopposed Motion of the State of Israel and Related Defendants for a Date Certain to Move to Dismiss the Complaint, there being no opposition thereto, and good cause having been shown, it is hereby

ORDERED that the Motion is **GRANTED**, and the Israeli Government Defendants shall have until May 29, 2003, to move to dismiss the claims asserted against them in this action.

SIGNED this  4th   day of March, 2003.

                                /s/   John D. Bates
                               JOHN D. BATES
                             United States District Judge

-1-

Copies to:

Stanley Cohen
351 Broadway
Suite 300
New York, NY 10013

Maher Hanania
Hanania, Khader & Nawash
6066 Leesburg Pike
Suite 101
Falls Church, VA 22041

Robert Weiner
Jean Kalicki
Arnold & Porter
5555 12th Street, N.W.
Washington, D.C. 20004

David Bickart
Kaye Scholer
901 15th Street, N.W.
Suite 1100
Washington, D.C. 20005

Kurt Hamrock
McKenna Long Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006