AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
# for the District of Columbia

**JOHN DOE, et al.**

vs   APPEARANCE

CASE NUMBER: 1:02CV01431

**STATE OF ISRAEL, et al**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**THE STATE OF ISRAEL, ARIEL SHARON, NATAN SHARANSKI, BINYAMIN BEN ELIEZER, SHIMON PERES, UZI LANDAU, MEIR SHEETRIT, ISRAEL GENERAL SECURITY SERVICE, AVI DICHTER, ISRAEL DEFENSE FORCES, SHAUL MOFAZ, AMOS GILAD, AHARON ZE'EVI FARKASH, and AMOS YARON**

| | |
|---|---|
| February 28, 2003 | /S/ Robert Weiner |
| Date | Signature |
| | |
| DC Bar #298133 | Robert Weiner |
| BAR IDENTIFICATION NO. | Print Name |
| | |
| | 555 12th St. NW |
| | Address |
| | |
| | Washington, DC 20004 |
| | City    State    Zip Code |
| | |
| | (202) 942-6155             Phone Number |