*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **JOHN DOE 1, ET AL** | |
| vs. | Case No. **02-1431 (JDB)** |
| **STATE OF ISRAEL, ET AL** | |

## NOTICE REGARDING EXHIBITS

Pursuant to the procedures for filing documents electronically, as outlined in the previous order of the Court, this Notice serves as notification that **Exhibits A-C to Motion for Order Dismissing Complaint or Alternatively Directing Plaintiffs to Serve A More Concise Statement of Plaintiffs Claims and the Identification of the Plaintiffs** have been filed in paper form in the Clerk's Office.

Date: April 2, 2003