## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>STATE OF ISRAEL, ARIEL SHARON in his )<br>individual capacity and as former Israeli Minister )<br>of Defense, NATAN SHARANSKI individually )<br>and in his capacity as Israeli Minister of )<br>Construction and Housing, BINYAMIN BEN )<br>ELIEZER individually and in his capacity as )<br>Israeli Minister of Defense, SHIMON PERES )<br>individually and in his capacity as Israeli )<br>Minister of Foreign Affairs, UZI LANDAU )<br>individually and in his capacity as Israeli )<br>Minister of Internal Security, MEIR SHEETRIT )<br>individually and as Israeli Minister of Justice, )<br>THE ISRAELI GENERAL SECURITY )<br>SERVICE (the "Shin Bet"), AVI DICHTER, the )<br>head of the Shin Bet, ISRAELI DEFENSE )<br>FORCES (IDF), LT. GENERAL SHAUL )<br>MOFAZ individually and as Chief of the General )<br>Staff, MAJOR GENERAL AMOS GILAD )<br>individually and as the IDF Coordinator of )<br>Government Activities in Judea, Samaria and the )<br>Gaza, MAJOR GENERAL AHARON ZE'EVI )<br>FARKASH individually and as IDF Director of )<br>Military Intelligence, AMOS YARON )<br>individually and in his capacity as Secretary )<br>General of the Defense Ministry and as former )<br>Brigadier General and Commandant of IDF )<br>forces in Beirut, Lebanon (collectively the )<br>"Israeli Defendants"), *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:02 CV 01431 (JDB)<br><br>**UNOPPOSED MOTION OF THE STATE OF ISRAEL AND RELATED DEFENDANTS FOR AN EXTENSION OF TIME TO MOVE TO DISMISS THE COMPLAINT** |

Defendants the State of Israel, the Israeli Defense Forces, the Israeli General Security Service, Ariel Sharon, Natan Sharanski, Binyamin Ben Elizer, Shimon Peres, Uzi Landau, Meir Sheetrit, Avi Dicter , Shaul Mofaz, Amos Gilad, Aharon Ze'evi Farkash, and Amos Yaron (collectively the "Israeli Government Defendants"), move for a two-week extension, until June 12, 2003, to file their threshold motion to dismiss the claims asserted against them.

As the Court will recall, the Israeli Government Defendants made a special appearance in this matter, notwithstanding plaintiffs' failure to effect proper service, for the limited purpose of moving to dismiss based on service and other grounds and without waiving any rights or defenses or appearing for other purposes.  This Court set May 29, 2003, as the date for filing the Israeli Government Defendants' motion.  These Defendants now respectfully request an extension of two weeks in order to finalize their motion papers.  These papers will be filed on behalf of fourteen different defendants, including the State of Israel and its defense and intelligence services as well as eleven individuals, all residing overseas and presently or formerly associated with at least four different government ministries.  The additional time requested is necessary for the final coordination and approval of one set of consolidated motion papers on behalf of all these defendants.

Plaintiffs' counsel, Mr. Stanley Cohen, has stated that he has no objection to this motion or to a rescheduled filing date of June 12, 2003.

A proposed order is attached.

-2-

Dated:   May 28, 2003                              Respectfully submitted,

                                                                       _____
Robert N. Weiner (D.C. Bar No. 298133)
Jean E. Kalicki (D.C. Bar No. 427679)
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5000
Fax: (202) 942-5999

Attorneys for Defendants the State of Israel, the Israeli Defense Forces and the Israeli General Security Service, and defendants Ariel Sharon, Natan Sharanski, Binyamin Ben Elizer, Shimon Peres, Uzi Landau, Meir Sheetrit, Avi Dicter , Shaul Mofaz, Amos Gilad, Aharon Ze'evi Farkash, and Amos Yaron

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 1:02 CV 01431 (JDB) |
| ) | |
| STATE OF ISRAEL, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

[Proposed] **ORDER**

This matter having come before the Court on the Unopposed Motion of the State of Israel and Related Defendants For an Extension of Time to Move to Dismiss the Complaint, there being no opposition thereto, and good cause having been shown, it is hereby

ORDERED that the Motion is GRANTED, and the Israeli Government Defendants shall have until June 12, 2003, to move to dismiss the claims asserted against them in this action.

**SO ORDERED.**

_____
HON. JOHN D. BATES
United States District Judge