**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN DOE, *et al.,*  )<br>  )<br>　　　　Plaintiffs,  )<br>  )<br>　　vs.  )<br>  )<br>STATE OF ISRAEL, ARIEL SHARON in his  )<br>individual capacity and as former Israeli Minister )<br>of Defense, NATAN SHARANSKI individually  )<br>and in his capacity as Israeli Minister of  )<br>Construction and Housing, BINYAMIN BEN  )<br>ELIEZER individually and in his capacity as  )<br>Israeli Minister of Defense, SHIMON PERES  )<br>individually and in his capacity as Israeli  )<br>Minister of Foreign Affairs, UZI LANDAU  )<br>individually and in his capacity as Israeli  )<br>Minister of Internal Security, MEIR SHEETRIT )<br>individually and as Israeli Minister of Justice,  )<br>THE ISRAELI GENERAL SECURITY  )<br>SERVICE (the "Shin Bet"), AVI DICHTER, the )<br>head of the Shin Bet, ISRAELI DEFENSE  )<br>FORCES (IDF), LT. GENERAL SHAUL  )<br>MOFAZ individually and as Chief of the General )<br>Staff, MAJOR GENERAL AMOS GILAD  )<br>individually and as the IDF Coordinator of  )<br>Government Activities in Judea, Samaria and the )<br>Gaza, MAJOR GENERAL AHARON ZE'EVI  )<br>FARKASH individually and as IDF Director of  )<br>Military Intelligence, AMOS YARON  )<br>individually and in his capacity as Secretary  )<br>General of the Defense Ministry and as former  )<br>Brigadier General and Commandant of IDF  )<br>forces in Beirut, Lebanon (collectively the  )<br>"Israeli Defendants"), *et al.,*  )<br>  )<br>　　　　Defendants.  )<br>  ) | Civil Action No. 1:02 CV 01431 (JDB)<br><br><br><br><br>**MOTION OF THE STATE OF ISRAEL AND RELATED DEFENDANTS TO DISMISS THE COMPLAINT** |

Defendants the State of Israel, the Israeli Defense Forces and the Israeli General Security Service, and defendants Ariel Sharon, Natan Sharanski, Binyamin Ben Elizer, Shimon Peres, Uzi Landau, Meir Sheetrit, Avi Dichter , Shaul Mofaz, Amos Gilad, Aharon Ze'evi Farkash, and Amos Yaron (collectively the "Israeli Government Defendants"), by and through undersigned counsel, hereby move to dismiss the claims against them pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2) and 12(b)(5), as well as the political question and act of state doctrines.  The reasons supporting this motion are set forth in the accompanying Memorandum of Points and Authorities.  A proposed order is attached for the Court's consideration.

The Israeli Government Defendants have appeared for the limited purpose of making this threshold jurisdictional motion.  Pursuant to Fed. R. Civ. P. 12(h)(2), the Israeli Government Defendants expressly reserve their right to later move to dismiss the complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6), should any part of the case survive this threshold motion.

WHEREFORE, the Israeli Government Defendants request that the instant motion be GRANTED and the claims against them be DISMISSED.

Dated:   June 12, 2003                    Respectfully submitted,

S/ Robert N. Weiner

Robert N. Weiner (D.C. Bar No. 298133)
Jean E. Kalicki (D.C. Bar No. 427679)
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5000
Fax: (202) 942-5999

Attorneys for Defendants the State of Israel, the Israeli Defense Forces and the Israeli General Security Service, and defendants Ariel Sharon, Natan Sharanski, Binyamin Ben Elizer, Shimon Peres, Uzi Landau, Meir Sheetrit, Avi Dichter, Shaul Mofaz, Amos Gilad, Aharon Ze'evi Farkash, and Amos Yaron

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, *et al.*, )<br>)<br>Plaintiffs,       )<br>)<br>vs.                    )<br>)<br>STATE OF ISRAEL, *et al.*, )<br>)<br>Defendants.    )<br>) | Civil Action No. 1:02 CV 01431 (JDB) |

[Proposed] **ORDER**

This matter having come before the Court on the Motion of the State of Israel and Related Defendants To Dismiss the Complaint, the matter having been fully briefed and argued by both sides, and good cause having been shown, it is hereby

ORDERED that the Motion is GRANTED, and the claims against the State of Israel and Related Defendants (collectively the "Israeli Government Defendants") is hereby dismissed.

**SO ORDERED.**

_____
HON. JOHN D. BATES
United States District Judge