5/27/2003

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN DOE, *et al.*,                                          )
                                           )
       Plaintiffs,                                         )
                                           )
vs.                                                          )
                                           )   Civil Action No. 1:02 CV 01431 (JDB)
STATE OF ISRAEL, ARIEL SHARON,                               )
NATAN SHARANSKI, BINYAMIN BEN                                )
ELIEZER, SHIMON PERES, UZI LANDAU,                           )
MEIR SHEETRIT, THE ISRAELIGENERAL                            )   **DECLARATION OF BRIAN**
SECURITY SERVICE, AVI DICHTER,                               )   **ZIETMAN IN SUPPORT OF THE**
ISRAELI DEFENSE FORCES (IDF), LT.                            )   **ISRAELI GOVERNMENT**
GENERAL SHAUL MOFAZ MAJOR                                    )   **DEFENDANTS' MOTION TO**
GENERAL AMOS GILAD, MAJOR                                    )   **DISMISS**
GENERAL AHARON ZE'EVI FARKASH, and )
AMOS YARON, *et al.*,                                        )
                                           )
       Defendants.                                         )

## DECLARATION OF BRIAN ZIETMAN

I, Brian Zietman, declare as follows:

1.    I am a citizen of Israel and I hold the position of Senior Coordinator,

Legal Assistance to Foreign Countries in Israel's Directorate of Courts. I make this

declaration to set forth certain facts related to the purported service of process in this case

against the State of Israel, the Israeli Defense Forces and Israeli General Security Service,

and defendants Ariel Sharon, Natan Sharanski, Binyamin Ben Eliezer, Shimon Peres, Uzi

Landau, Meir Sheetrit, Avi Dichter, Shaul Mofaz, Amos Gilad, Aharon Ze'evi Farkash,

and Amos Yaron (collectively the "Israeli Government Defendants"). The factual

findings in this Declaration are based on information I have as part of my official duties

in the Directorate of Courts.

2.   Israel has designated the Directorate of Courts as its Central Authority pursuant to the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention"). Israel's designation of its Central Authority is reflected in its declarations and reservations upon ratification of the Hague Convention, which are attached hereto.

3.   As of May 27th, 2003, the Directorate of Courts had not received any requests from, or on behalf of, plaintiffs for service of process in accordance with the Hague Service Convention, with respect to the State of Israel or any of the Israeli Government Defendants in the above captioned litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  May 27th, 2003

BRIAN ZIETMAN

# ISRAEL

*Ratification:* August 14, 1972
*Entered into force:* October 13, 1972
*Declaration of:* September 5, 1972

In accordance with Article 26, paragraph 2, the State of Israel deposited on August 14, 1972, an instrument of ratification with the Ministry of Foreign Affairs of the Netherlands.

On the occasion of the deposit of the said instrument of ratification, the following declarations and reservations have been made by the Government of Israel:

a) The Central Authority in Israel within the meaning of Articles 2, 6 and 18 of the Convention is: The Director of Courts, Directorate of Courts, Russian Compound, Jerusalem;

b) The State of Israel, in its quality as State of destination, will, in what concerns Article 10, paragraphs b) and c), of the Convention, effect the service of judicial documents only through the Directorate of Courts, and only where an application for such service emanates from a judicial authority or from the diplomatic or consular representation of a Contracting State;

c) An application to relieve a defendant from the effects of the expiration of the time of appeal from a judgment within the meaning of Article 16 of the Convention will be entertained only if filed within one year from the date of the judgment in question.

In conformity with Article 27, paragraph 2, the Convention shall enter into force for Israel on October 13, 1972.

*Central Authority:*   Director of Courts
Directorate of Courts
Russian Compound
Jerusalem
tel: 246919