UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STATE OF ISRAEL, et al., ) <br> ) <br> Defendants. ) <br> ) | No. 1:02 CV 01431 (JDB) |

**NOTICE OF NEW FACSIMILE NUMBER**

PLEASE TAKE NOTICE that the facsimile number for Ori Lev, counsel for Defendants President George W. Bush and Secretary of State Colin Powell in their official capacities, has changed.  The new facsimile number is (202) 318-7589.

Please update your records accordingly and send all future facsimile correspondence to the above number.

Dated:  July 16, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ROSCOE C. HOWARD, JR.
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director


_____
ORI LEV, DC # 452565
Trial Attorney
United States Department of Justice

Civil Division, Federal Programs Branch
Street: 20 Massachusetts Ave., NW, Room 7330
        Washington, DC  20001
Mail:  P.O. Box 883, Washington, D.C.  20044
Tel:    (202) 514-2395
Fax:   (202) 318-7589
Email: ori.lev@usdoj.gov

Attorneys for Defendants
George W. Bush and Colin Powell
in their official capacities