UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) Civil Action No: 1:02 CV 01431 (JDB)<br>STATE OF ISRAEL et al, )<br>)<br>Defendants. )<br>) | |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION
OF TIME IN WHICH TO RESPOND TO DEFENDANTS STATE ISRAEL
AND ISRAELI DEFENDANTS' MOTION TO DISMISS**

Plaintiffs through undersigned counsel hereby move for an extension of time in which to file an opposition to Defendants Motion to Dismiss.

Plaintiffs' counsel recently lost the brief due to a power outage in New York and a virus invaded his computer. Defendants consent to this motion.

Wherefore, Plaintiffs respectfully request that this motion be GRANTED and the Plaintiffs be provided to and including October 17, 2003 to file their response.

Dated: this 2nd day of September 2003

_____
Stanley L. Cohen, Esq.
Attorney for Plaintiffs
*Pro Hac Vice*
351 Broadway, Suite 300
New York, New York  10013
(212) 979-7572


_____
Maher Hanania, Esq. 464766
Local counsel
6066 Leesburg Pike

Falls Church, VA
(703) 778-2400