UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF ISRAEL, et al.,**<br><br>Defendants. | Civil Action No.  02-1431 (JDB)<br><br>ECF |

**ORDER**

Presently pending before the Court are, inter alia, federal defendants' motion to dismiss [Docket #s 7 and 8] and a parallel motion to dismiss filed by defense contractor defendants [Docket #10].  For the reasons explained in a Memorandum Opinion to be issued shortly, those motions are GRANTED and plaintiffs' action against the federal defendants and defense contractor defendants is dismissed.

Signed this <u>30th</u> day of September, 2003.

       /s/   John D. Bates
         JOHN D. BATES
      United States District Judge

Copies to:

Maher H. Hanania
Hanania, Khader & Nawash
6066 Leesburg Pike
Suite 101
Falls Church, VA 22041
E-mail: mhanania@hknlaw.com

Jean Engelmayer Kalicki
Arnold & Porter
5555 12th Street, N.W.
Room 1197
Washington, D.C. 20004
E-mail: Jean_Kalicki@aporter.com

Robert Neil Weiner
Arnold & Porter
5555 12th Street, N.W.
Room 1251
Washington, D.C. 20004
E-mail: Robert_Weiner@aporter.com

Ori Lev
Untied States Department of Justice
Civil Division/Federal Programs Branch
Post Office Box 883
Washington, D. C. 20044
E-mail: ori.lev@usdoj.gov

David Bickart
Kaye Scholer
901 15th Street, N.W.
Suite 1100
Washington, D.C. 20005
dbickart@kayescholer.com

Kurt Hamrock
McKenna Long Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
khamrock@mckennalong.com

Stephen B. Shapiro
Holland & Knight, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D. C. 20006
E-mail: sshapiro@hklaw.com