UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE I, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>STATE OF ISRAEL, et al.,<br><br>    Defendants. | Civil Action No.  02-1431 (JDB)<br><br>ECF |

### ORDER

Upon consideration of federal defendants President George W. Bush and Secretary of State Colin Powell's Motion to Dismiss Official Capacity Claims, the Defense Contractors' Motion to Dismiss, the submissions of the parties, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

ORDERED that the federal defendants' Motion to Dismiss Official Capacity Claims is GRANTED; it is further

ORDERED that the defense contractors' Motion to Dismiss is GRANTED, and it is further

ORDERED that all claims in this action are DISMISSED as against President George W. Bush, Secretary of State Colin Powell, The Boeing Company, McDonnell Douglas Helicopter Systems, Textron, Bell Helicopter, Colt Manufacturing Company, Inc., Glen E. Hess, John R. Murphy, Lewis B. Campbell, Phillip Condit, and Lt. Gen. (ret.) William M. Keys.

Signed this 3rd day of October, 2003.

           /s/   John D. Bates
JOHN D. BATES
United States District Court

Copies to:

Stanley Cohen
351 Broadway
Suite 300
New York, NY 10013

Maher H. Hanania
Hanania, Khader & Nawash
6066 Leesburg Pike, Suite 101
Falls Church, VA 22041
E-mail: mhanania@hknlaw.com

Jean Engelmayer Kalicki
Arnold & Porter
5555 12th Street, N.W., Room 1197
Washington, D.C. 20004
E-mail: Jean_Kalicki@aporter.com

Robert Neil Weiner
Arnold & Porter
5555 12th Street, N.W., Room 1251
Washington, D.C. 20004
E-mail: Robert_Weiner@aporter.com

Ori Lev
Untied States Department of Justice
Civil Division/Federal Programs Branch
Post Office Box 883
Washington, D. C. 20044
E-mail: ori.lev@usdoj.gov

David Bickart
Kaye Scholer
901 15th Street, N.W., Suite 1100
Washington, D.C. 20005
dbickart@kayescholer.com

Kurt Hamrock
McKenna Long Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
khamrock@mckennalong.com

Stephen B. Shapiro
Holland & Knight, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D. C.  20006
E-mail: sshapiro@hklaw.com