# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN DOE, et.al.,

    Plaintiffs,                            No. 1:02 CV 01431 (JDB)

    v.

STATE OF ISRAEL, et.al.,

    Defendants.

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO ISRAELI DEFENDANTS MOTION TO DISMISS**

    Plaintiff through undersigned counsel files this Motion for Extension of Time to reply to Defendants Motion to Dismiss. In support of this Motion Counsel states as follows:

1. Plaintiff needs extra time due to the recent court dismissal of the federal and contractors from the suit.

2. Plaintiffs counsel has been in trial for the past two weeks in Washington and Portland.

3. Defendants do not object to this Motion.

    Wherefore, Plaintiffs respectfully request that this Consent Motion be GRANTED and Plaintiff is provided to and including October 31, 2003 to file their response.

                                                        Respectfully submitted,

                                                        _____
                                                        Stanley L. Cohen, Esq.
                                                        Attorney for Plaintiffs
                                                        119 Avenues D
                                                        New York, New York 10009

Maher Hanania, Esq.
6066 Leesburg Pike, Suite 101
Falls Church, VA 22041
(703) 778-2400