United States District Court for the _____

District of **DISTRICT OF COLUMBIA**

File Number **02-1431**  JDB

**JOHN DOE I, ET AL**

)
v.                    )         Notice of Appeal
)
**STATE OF ISRAEL, ET AL**      )
)

Notice is hereby given that **PLAINTIFFS JOHN DOE I, ET AL** (plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the **FOURTH** Circuit **ORDER FOR PARTIAL DISMISSAL** entered in this action on the **03** day of **OCTOBER**, **2003**.

(s)_____
MAHER HANANIA
6066 LEESBURG PIKE #101
FALLS CHURCH, VA 22041
                    (Address)
Attorney for **PLAINTIFFS**
Address:

* See Rule 3(c) for permissible ways of identifying appellants.

```
=====NO REFUND WITHOUT RECEIPT=====
  CHECK TENDERED $           $105.00
         105.00
       T O T A L  =======
         105.00
 086700    FILING FEE  CIVIL
 CASE # 02-1431
=====NO REFUND WITHOUT RECEIPT=====
 JE  1-2 TAM        Receipt # 118174
 10/27/03                 2:38:38 PM
         WASHINGTON D.C.
     U.S. DISTRICT COURT
```