# Process Service Network™



An international legal resources company
**10010 Canoga Avenue #B6**
**Chatsworth, CA 91311-0959**
**(800)417-7623   Fax: (818)772-4798**

e-mail: processnet@sbcglobal.net
website: www.processnet1.com

Date:   February 5, 2003

To:   Patrick Brown

Re:   Doe v. State of Israel, et al.

Dear Patrick:

   Please find enclosed the Returns of Service for the services completed in Israel.

   Also, please find our Statement for the bonus for completion of service prior to 01/31/03. We will appreciate your prompt payment.

   Thank you for the opportunity to be of service.

Yours truly,

Nelson Tucker
President

NT:pc

encl.

- Legal Services Throughout the World -
**Los Angeles ▪ London ▪ Taipei ▪ Sydney ▪ Sao Paulo**

# Process Service Network™

10010 Canoga Avenue #B6
Chatsworth, CA 91311-0959
(800)417-7623   Fax: (818)772-4798

Tax I.D. #:  95-3681700 (Nelson Tucker)
e-mail: processnet@sbcglobal.net
website: www.processnet1.com

## STATEMENT

01/31/03

| Brown & Weinraub |
| --- |
| Attn:  Patrick Brown |
| 12 Sheridan Avenue |
| Albany, NY 12207 |

| Case Name | Detail | Amount |
| --- | --- | --- |
| Doe v. State of Israel, et al. | Service bonus for completing service prior to 01/31/03, as agreed | $2220.00 |
|  |  |  |
|  | Total due | $2220.00 |

Terms:  Payable upon receipt

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

### We serve anywhere in the world!

Los Angeles  •  London  •  Taipei  •  Manila  •  Sao Paulo

# UNITED STATES DISTRICT COURT
## District of Columbia

CASE NUMBER  1:02CV01431

JUDGE: John D. Bates

JOHN DOE, et al,

DECK TYPE: Civil Rights (non-employment

DATE STAMP: 07/18/2002

v.

**SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER:

TO:   Ariel Sharon
Prime Minister's Office
3 Kaplan Street
P.O.Box 187
Kiryat Ben-Gurion
Jerusalem, Israel 91919
In his individual capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Maher H. Hanania, Esq.
1510 H Street NW
Suite 20
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUL 18 2002
_____          _____
CLERK                                      DATE

_____
(By) DEPUTY CLERK

OAO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  JANUARY 21, 2003 |
|---|---|
| NAME OF SERVER (PRINT)  Eitan Newman | TITLE  Investigator  Mr. EITAN NEWMAN |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: NOHA   Noha Jacob (Person authorized to accept service)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JANUARY 21 2003
Date

Signature of Server

Address of Server

Process Service Network
10010 Canoga Avenue #B6
Chatsworth, CA 91311
800-417-7623   Fax:  818-772-4798

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

CASE NUMBER  1:02CV01431

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 07/18/2002

JOHN DOE, et al,

v.

**SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER:

TO:   Uzi Landau
      Minister of Internal Security
      Kiryat Hamemshala
      P.O.Box 18182
      Jerusalem, Israel 91181
      In his individual capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

      Maher H. Hanania, Esq.
      1510 H Street NW
      Suite 20
      Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

JUL 18 2002

DATE

OAO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *JANUARY 21, 2003* |
| NAME OF SERVER (PRINT)    Eitan Newman | TITLE *Mr. EITAN NEWMAN* Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left:    <u>Nesha Avi (Person authorized to accept service)</u>

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *1/21/03* _____      _____
             Date                          Signature of Server

                             Address of Server

Process Service Network
10010 Canoga Avenue #B6
Chatsworth, CA 91311
800-417-7623    Fax: 818-772-4798

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

CASE NUMBER  1:02CV01431

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 07/18/2002

JOHN DOE, et al,

v.

**SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER:

TO:   Meir Sheetrit
      Minister of Justice
      29 Salah A-din Street
      Jerusalem, Israel 91010
      In his individual capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

      Maher H. Hanania, Esq.
      1510 H Street NW
      Suite 20
      Washington, DC 20005

an answer to the complaint which is served on you with this summons, within  20 days after service of
this summons on you, exclusive of the day of service.   If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

NANCY MAYER-WHITTINGTON                      JUL 18 2002
_____              _____
CLERK                                        DATE

_____
(By) DEPUTY CLERK

OAO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *JANUARY 21, 2003* |
| NAME OF SERVER (PRINT) Eitan Newman | TITLE Investigator *RAV. EITAN NEWMAN* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant is dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *ELI* Eli Meyer (Person authorized to accept service)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *2 1/21/03*
_____(Date)_____

_____Signature of Server_____

_____Address of Server_____

Process Service Network
10010 Canoga Avenue #B6
Chatsworth, CA 91311
800-417-7623   Fax: 818-772-4798

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# UNITED STATES DISTRICT COURT
## District of Columbia

. CASE NUMBER  1:02CV01431

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 07/18/2002

JOHN DOE, et al,

v.

**SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER:

TO:    Shimon Peres
       Minister of Foreign Affairs
       Hakirya, Romema
       Jerusalem, Israel 91950
       In his personal capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Maher H. Hanania, Esq.
1510 H Street NW
Suite 20
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JUL 18 2002

CLERK                                    DATE

(By) DEPUTY CLERK

OAO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JANUARY 21 2003 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Eitan Newman | Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendants dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *EFRAT* Ilan Efrat (Person authorized to accept service)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _1/21/03_
         *Date*

_____
*Signature of Server*

_____
*Address of Server*

Process Service Network
10010 Canoga Avenue #B6
Chatsworth, CA 91311
800-417-7623    Fax:  818-772-4798

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

9

# UNITED STATES DISTRICT COURT
## District of Columbia

CASE NUMBER  1:02CV01431

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 07/18/2002

JOHN DOE, et al,

v.

**SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER:

TO:     The State of Israel
        Office of the President
        Hanassi Street
        Jerusalem, Israel 92186

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

        Maher H. Hanania, Esq.
        1510 H Street NW
        Suite 20
        Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JUL 18 2002

_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK

○AO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE JANUARY 21 2003 |
|---|---|
| NAME OF SERVER *(PRINT)* Eitan Newman | TITLE Investigator EITAN NEWMAN |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *INBAL* N.M. Inbal (Security officer who denied access to offices and who advised me that she would accept the documents) - Name obtained from security badge

☐ Returned unexecuted:

_____

_____

☐ Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/21/03
_____
Date

_____
Signature of Server

Address of Server

Process Service Network
10010 Canoga Avenue #B6
Chatsworth, CA 91311
800-417-7623   Fax: 818-772-4798

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

                              Plaintiffs,

v.                                        **SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

                              Defendants.

CASE NUMBER  1:02CV01431

JUDGE: John D. Bates

TO:    Amos Yaron          DECK TYPE: Civil Rights (non-employmen`
       Director-General
       Defense Ministry     DATE STAMP: 07/18/2002
       Kaplan Street
       Hakirya
       Tel-Aviv,  Israel 61909
       In his individual capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

       Maher H. Hanania, Esq.
       1510 H Street NW
       Suite 20
       Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of
this summons on you, exclusive of the day of service.   If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

NANCY MAYER-WHITTINGTON                    **JUL 18 2002**
_____     _____
CLERK                                      DATE

_____
(By) DEPUTY CLERK

OAO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *JANUARY 23 2003* |
| NAME OF SERVER *(PRINT)*  Eitan Newman | TITLE  Investigator  *EITAN NEWMAN* |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *SHoSHANY*  Jacob Shoshany
(Person authorized to accept service)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *JANUARY 21 2003*
_____Date_____     _____Signature of Server_____

_____Address of Server_____

Process Service Network
10010 Canoga Avenue #B6
Chatsworth, CA 91311
800-417-7623   Fax:  818-772-4798

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

Plaintiffs,

v.                                    **SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendant.

CASE NUMBER  1:02CV01431

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 07/18/2002

TO:    Major General Amos Gilad
       IDF Coordinator of Government Activities in Gaza and the West Bank
       Avi 9
       Tel-Aviv, Israel 61909
       In his individual capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

       Maher H. Hanania, Esq.
       1510 H Street NW
       Suite 20
       Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of
this summons on you, exclusive of the day of service.   If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

NANCY MAYER-WHITTINGTON                    JUL 18 2002
_____            _____
CLERK                                      DATE

_____
(By)DEPUTY CLERK

OAO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JANUARY 21, 2003 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Eitan Newman | Investigator  EITAN NEWMAN |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *SHOSHANY* Jacob Shoshany
(Person authorized to accept service)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/21/03
_____
Date

Signature of Server

Address of Server

**Process Service Network**
10010 Canoga Avenue #B6
Chatsworth, CA 91311
800-417-7623   Fax:  818-772-4798

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

⑦

# UNITED STATES DISTRICT COURT
## District of Columbia

CASE NUMBER   1:02CV01431

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 07/18/2002

JOHN DOE, et al,

v.

**SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER   1:02CV01431

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 07/18/2002

TO:   Lt. General Shaul Mofaz
       Chief of the General Staff (IDF)
       Avi 9
       Tel-Aviv, Israel 61909
       In his individual capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Maher H. Hanania, Esq.
1510 H Street NW
Suite 20
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                      JUL 18 2002

CLERK                                                          DATE

_Maureen Higgins_
(By) DEPUTY CLERK

OAO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE January 21, 2003 |
|---|---|
| NAME OF SERVER (PRINT)  Eitan Newman | TITLE Investigator  AG. EITAN NEWMAN |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: SHOSHANY  Jacob Shoshany
_____ (Person authorized to accept service)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL  0 | SERVICES  $785.00 | TOTAL  $785.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/21/03
                Date

Signature of Server

Address of Server

Process Service Network
10010 Canoga Avenue #B6
Chatsworth, CA 91311
800-417-7623   Fax:  818-772-4798

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

6

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

Plaintiffs,

v.

**SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al

Def

CASE NUMBER   1:02CV01431

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 07/18/2002

TO:   Major General Aharon Ze'evi Farkash
      IDF Director of Military Intelligence
      Avi 9
      Tel-Avi, Israel 61909
      In his individual capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

      Maher H. Hanania, Esq.
      1510 H Street NW
      Suite 20
      Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUL 1 8 2002

CLERK                                      DATE

(By) DEPUTY CLERK

OAO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** *January 21 2003* |
| **NAME OF SERVER (PRINT)** Eitan Newman | **TITLE** Investigator *Eitan Newman* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Shoshany* Jacob Shoshany
(Person authorized to accept service

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *1/21/02*
_____
Date

Signature of Server

Address of Server

Process Service Network
10010 Canoga Avenue #B6
Chatsworth, CA 91311
800-417-7623   Fax:  818-772-4798

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# UNITED STATES DISTRICT COURT
## District of Columbia

CASE NUMBER  1:02CV01431

JUDGE: John D. Bates

JOHN DOE, et al,

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 07/18/2002

v.

**SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER:

TO:   Avi Dichter
      Director General of the Israeli General Security Service (Shin Bet)
      Office of the Prime Minister
      3 Kaplan Street
      P.O.Box 187
      Kiryat Ben-Gurion
      Jerusalem, Israel 91919
      In his official capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

      Maher H. Hanania, Esq.
      1510 H Street NW
      Suite 20
      Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of
this summons on you, exclusive of the day of service.   If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

NANCY MAYER-WHITTINGTON

**JUL 18 2002**

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *January 21 2003* |
| NAME OF SERVER *(PRINT)* Eitan Newman | TITLE Investigator *Mr. Eitan Newman* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Noha* Noha Jacobs (Person authorized to accept service)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *January 21 2003*
         Date                    Signature of Server

Address of Server

Process Service Network
10010 Canoga Avenue #B6
Chatsworth, CA 91311
800-417-7623   Fax:  818-772-4798

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

CASE NUMBER  1:02CV01431

JUDGE: John D. Bates

JOHN DOE, et al,

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 07/18/2002

v.

**SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER:

TO:   Binyamin Ben Eliezer
      Minister of Defense
      Kaplan Street
      Hakirya
      Tel-Aviv, Israel 61909
      In his individual capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

      Maher H. Hanania, Esq.
      1510 H Street NW
      Suite 20
      Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUL 18 2002

CLERK                                       DATE

(BY) DEPUTY CLERK

OAO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | *January 21, 2003* |
| NAME OF SERVER (PRINT) <br> Eitan Newman | TITLE | Investigator <br> *Mr. Eitan Newman* |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Shoshany* Jacob Shoshany
Person authorized to accept service)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | | TOTAL | |
|---|---|---|---|---|---|
| | 0 | | $785.00 | | $785.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *1/21/03*
Date

Signature of Server

Address of Server

Process Service Network
10010 Canoga Avenue #B6
Chatsworth, CA 91311
800-417-7623   Fax:  818-772-4798

(1) As to whom may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

CASE NUMBER   1:02CV01431

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employment

DATE STAMP: 07/18/2002

JOHN DOE, et al,

v.

**SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER:

TO:   Natan Sharanski
      Minister of Construction and Housing
      Kiiryat Hamemshala
      P.O.Box 18110
      Jerusalem, Israel 91180
      In his individual capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

      Maher H. Hanania, Esq.
      1510 H Street NW
      Suite 20
      Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20  days after service of this summons on you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     **JUL 1 8 2002**
_____            _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *January 21, 2003* |
| NAME OF SERVER (PRINT)  Eitan Newman | TITLE  Investigator  *Mr. Eitan Newman* |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:   *Meir* Meir Nathan (Person authorized to accept service)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *1/21/03*  
_____      Signature of Server  
Date

Address of Server  
Process Service Network  
10010 Canoga Avenue #B6  
Chatsworth, CA 91311  
800-417-7623   Fax:   818-772-4798

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

③

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

                              Plaintiffs,

v.                                **SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

                                D   CASE NUMBER  1:02CV01431

                                     JUDGE: John D. Bates

                                     DECK TYPE: Civil Rights (non-employmen

                                     DATE STAMP: 07/18/2002

TO:    Halamish/Neve Tzuf Settlement
         Halamish IL
         71945 Neve Tzuf
         Israel

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

        Maher H. Hanania, Esq.
        1510 H Street NW
        Suite 20
        Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON             JUL 18 2002

CLERK                                     DATE

(By) DEPUTY CLERK

OAO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  1/22/ January 22, 2003 |
|---|---|
| NAME OF SERVER (PRINT)  Eitan Newman | TITLE  Investigator  Mr. Eitan Newman |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: **Joav Merrick (Person authorized to accept service of process)**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/22/03
_____
Date

_____
Signature of Server

_____
Address of Server

Process Service Network
10010 Canoga Avenue #B6
Chatsworth, CA 91311
800-417-7623   Fax:  818-772-4798

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

Plaintiffs,

v.

**SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER  1:02CV01431

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employmen

TO:   Neve Tzuf Foundation            DATE STAMP: 07/18/2002
      Halamish IL
      71945 Neve Tzuf
      Israel

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Maher H. Hanania, Esq.
1510 H Street NW
Suite 20
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20  days after service of
this summons on you, exclusive of the day of service.   If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

NANCY MAYER-WHITTINGTON                    JUL 18 2002
_____           _____
CLERK                                      DATE

_____
(By) DEPUTY CLERK

OAO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  *JANUARY 22 2003* |
| NAME OF SERVER (PRINT)  Eitan Newman | TITLE  Investigator  *Mr. EITAN NEWMAN* |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:  Joav Merrick (Chairman)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *1/22/03*  _____
                Date          Signature of Server

                Address of Server

Process Service Network
10010 Canoga Avenue #B6
Chatsworth, CA 91311
800-417-7623    Fax:  818-772-4798

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

②

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

Plaintiffs,

v.

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

**SUMMONS IN A CIVIL CASE**

TO:    Joav Merrick, Chairman
        Neve Tzuf Foundation
        Halamish IL
        71945 Neve Tzuf
        Irsrael

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

        Maher H. Hanania, Esq.
        1510 H Street NW
        Suite 20
        Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of
this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

NANCY MAYER-WHITTINGTON                          **JUL 18 2002**

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 22, 2003 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Eitan Newman | Process Server |

*Check one box below to indicate appropriate method of service*

☐ **G** Served personally upon the third-party defendant.  Place where served: _____
_____

☒ **G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

  Name of person with whom the summons and complaint were left:   Joav Merrick (Chairman)

☐ **G** Returned unexecuted: _____
_____
_____

☐ **G** Other (specify): _____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/13/03                     _____
                    Date                                              *Signature of Server*

                                                     PROCESS SERVICE NETWORK
                                          *Address of Server*   10010 CANOGA AVENUE #B6
                                                     CHATSWORTH, CA 91311-0959

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

v.

### SUMMONS IN A CIVIL CASE

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants

CASE NUMBER:

TO:     Natan Sharanski
        Minister of Construction and Housing
        Kiiryat Hamemshala
        P.O.Box 18110
        Jerusalem, Israel 91180
        In his official capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

        Maher H. Hanania, Esq.
        1510 H Street NW
        Suite 20
        Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JUL 18 2002

CLERK                                           DATE

(By) DEPUTY CLERK

%AO 440  (Rev. 10/93)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | January 21, 2003 |
| NAME OF SERVER *(PRINT)*  Eitan Newman | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ **G** Served personally upon the third-party defendant.  Place where served: _____

☒ **G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: <u>Meir Nathan (Person authorized to accept service)</u>

☐ **G** Returned unexecuted: _____

☐ **G** Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  0 | SERVICES  $785.00 | TOTAL  $785.00 |

**DECLARATION OF SERVER**

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   <u>02/13/03</u>
       Date

     *Signature of Server*

     *Address of Server*
     PROCESS SERVICE NETWORK
     10010 CANOGA AVENUE #B6
     CHATSWORTH, CA 91311-0959

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NT-12

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

v.

**SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER:

TO:   Binyamin Ben Eliezer
      Minister of Defense
      Kaplan Street
      Hakirya
      Tel-Aviv, Israel 61909
      In his official capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

      Maher H. Hanania, Esq.
      1510 H Street NW
      Suite 20
      Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of
this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

NANCY MAYER-WHITTINGTON                    JUL 18 2002

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | January 21, 2003 |
| NAME OF SERVER *(PRINT)* <br> Eitan Newman | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ **G** Served personally upon the third-party defendant.  Place where served: _____

_____

☒ **G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:  <u>Jacob Shoshany (Person authorized to accept service)</u>

☐ **G** Returned unexecuted: _____

_____

_____

☐ **G** Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>02/13/03</u>
              Date

_____
Signature of Server

PROCESS SERVICE NETWORK
10010 CANOGA AVENUE #B6
CHATSWORTH, CA 91311-0959
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

v.

**SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER:

TO:   Uzi Landau
      Minister of Internal Security
      Kiryat Hamemshala
      P.O.Box 18182
      Jerusalem, Israel 91181
      In his official capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

      Maher H. Hanania, Esq.
      1510 H Street NW
      Suite 20
      Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.  if you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

**JUL 18 2002**

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** | January 21, 2003 |
| NAME OF SERVER *(PRINT)*  Eitan Newman | **TITLE** | Process Server |

*Check one box below to indicate appropriate method of service*

☐ **G** Served personally upon the third-party defendant.  Place where served: _____

☒ **G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  <u>Nesha Avi (Person authorized to accept service)</u>

☐ **G** Returned unexecuted: _____

☐ **G** Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  0 | SERVICES  $785.00 | TOTAL  $785.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>02/13/03</u>
      *Date*        *Signature of Server*

      *Address of Server*     PROCESS SERVICE NETWORK
                  10010 CANOGA AVENUE #B6
                  CHATSWORTH, CA 91311-0959

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NT-4

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

v.                                                    **SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER:

TO:     Meir Sheetrit
        Minister of Justice
        29 Salah A-din Street
        Jerusalem, Israel 91010
        In his official capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

        Maher H. Hanania, Esq.
        1510 H Street NW
        Suite 20
        Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    **JUL 1 8 2002**
_____               _____
CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | January 21, 2003 |
| NAME OF SERVER *(PRINT)*  Eitan Newman | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ **G** Served personally upon the third-party defendant. Place where served: _____

☒ **G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  <u>Eli Meyer (Person authorized to accept service)</u>

☐ **G** Returned unexecuted: _____

☐ **G** Other (specify): _____

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | 0 | SERVICES | $785.00 | TOTAL $785.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  <u>02/13/03</u>        _____
                     Date                              *Signature of Server*

_____
*Address of Server*

PROCESS SERVICE NETWORK
10010 CANOGA AVENUE #B6
CHATSWORTH, CA 91311-0959

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

Plaintiffs,

v.                                          **SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al

TO:   Major General Aharon Ze'evi Farkash
      IDF Director of Military Intelligence
      Avi 9
      Tel-Avi, Israel 61909
      In his official capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

      Maher H. Hanania, Esq.
      1510 H Street NW
      Suite 20
      Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                      JUL 18 2002
_____                      _____
CLERK                                        DATE

_____
(BY) DEPUTY CLERK

%AO 440  (Rev. 10/93)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  January 21, 2003 |
| NAME OF SERVER *(PRINT)*  Eitan Newman | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ **G**  Served personally upon the third-party defendant.  Place where served: _____

☒ **G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

    Name of person with whom the summons and complaint were left:  Jacob Shoshany (Person authorized to
    accept service)

☐ **G**  Returned unexecuted: _____

☐ **G**  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  0 | SERVICES  $785.00 | TOTAL  $785.00 |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___02/13/03___
           Date           *Signature of Server*

             *Address of Server*     PROCESS SERVICE NETWORK
                                  10010 CANOGA AVENUE #B6
                                  CHATSWORTH, CA 91311-0959

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NT-10

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

v.                                                    **SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER:

TO:    Ariel Sharon
       Prime Minister's Office
       3 Kaplan Street
       P.O.Box 187
       Kiryat Ben-Gurion
       Jerusalem, Israel 91919
       In his official capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

       Maher H. Hanania, Esq.
       1510 H Street NW
       Suite 20
       Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    **JUL 1 8 2002**
_____            _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | January 21, 2003 |
| NAME OF SERVER *(PRINT)*  Eitan Newman | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ **G** Served personally upon the third-party defendant.  Place where served: _____

_____

☒ **G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: <u>Noha Jacobs (Person authorized to accept service)</u>

☐ **G** Returned unexecuted: _____

_____

_____

☐ **G** Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | 0 | SERVICES | $785.00 | TOTAL $785.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>02/13/03</u>       _____
                     Date              *Signature of Server*


                                    _____
                                    *Address of Server*

PROCESS SERVICE NETWORK
10010 CANOGA AVENUE #B6
CHATSWORTH, CA 91311-0959

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*NT-3*

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

v.                                    **SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

CASE NUMBER:

TO:     Shimon Peres
        Minister of Foreign Affairs
        Hakirya, Romema
        Jerusalem, Israel 91950
        In his official capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

        Maher H. Hanania, Esq.
        1510 H Street NW
        Suite 20
        Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of
this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

NANCY MAYER-WHITTINGTON                    JUL 1 8 2002
_____            _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 21, 2003 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Eitan Newman | Process Server |

*Check one box below to indicate appropriate method of service*

☐ **G** Served personally upon the third-party defendant.  Place where served: _____

☒ **G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  Ilan Efrat (Person authorized to accept service)

☐ **G** Returned unexecuted: _____

☐ **G** Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | | TOTAL | |
|---|---|---|---|---|---|
| | 0 | | $785.00 | | $785.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____02/13/03____   _____
             Date                  Signature of Server

                             PROCESS SERVICE NETWORK
        Address of Server       10010 CANOGA AVENUE #B6
                            CHATSWORTH, CA 91311-0959

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*N 7 - 6*

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

Plaintiffs,

v.                                                    **SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

Defendants.

TO:   Lt. General Shaul Mofaz
      Chief of the General Staff (IDF)
      Avi 9
      Tel-Aviv, Israel 61909
      In his official capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

      Maher H. Hanania, Esq.
      1510 H Street NW
      Suite 20
      Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of
this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

NANCY MAYER-WHITTINGTON                    **JUL 18 2002**
_____        _____
CLERK                                      DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE**<br>January 21, 2003 |
| **NAME OF SERVER** *(PRINT)*<br>Eitan Newman | **TITLE**<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ **G** Served personally upon the third-party defendant.  Place where served: _____

☒ **G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:   Jacob Shoshany (Person authorized to
accept service)

☐ **G** Returned unexecuted: _____

☐ **G** Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $785.00 | $785.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/13/03
                Date                       *Signature of Server*

                                            *Address of Server*
                                            PROCESS SERVICE NETWORK
                                            10010 CANOGA AVENUE #B6
                                            CHATSWORTH, CA 91311-0959

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

               Plaintiffs,

v.                                  **SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al.

TO:    Major General Amos Gilad
        IDF Coordinator of Government Activities in Gaza and the West Bank
        Avi 9
        Tel-Aviv, Israel 61909
        In his official capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

    Maher H. Hanania, Esq.
    1510 H Street NW
    Suite 20
    Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON           **JUL 18 2002**
_____          _____
CLERK                                 DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  January 21, 2003 |
| NAME OF SERVER (PRINT)  Eitan Newman | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the third-party defendant.  Place where served: _____

☒ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  Jacob Shoshany (Person authorized to accept service)

G  Returned unexecuted: _____

G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  0 | SERVICES  $785.00 | TOTAL  $785.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___02/13/03___          _____
                    Date                   *Signature of Server*

*Address of Server*      PROCESS SERVICE NETWORK
                         10010 CANOGA AVENUE #B6
                         CHATSWORTH, CA 91311-0959

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NT- S

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN DOE, et al,

                            Plaintiffs,

v.

                                      **SUMMONS IN A CIVIL CASE**

STATE OF ISRAEL, ARIEL SHARON, et al,

                           Defendants.

TO:    Amos Yaron
          Director-General
          Defense Ministry
          Kaplan Street
          Hakirya
          Tel-Aviv,  Israel 61909
          In his official capacity

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

          Maher H. Hanania, Esq.
          1510 H Street NW
          Suite 20
          Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON              JUL 18 2002
_____            _____
CLERK                                  DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | January 21, 2003 |
| NAME OF SERVER (PRINT) Eitan Newman | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ G   Served personally upon the third-party defendant.  Place where served: _____

_____

☒ G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:   Jacob Shoshany (Person authorized to
accept service)

☐ G   Returned unexecuted: _____

_____

_____

☐ G   Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL   0 | SERVICES   $785.00 | TOTAL   $785.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/13/03
_____          _____
Date                                    *Signature of Server*

                                        *Address of Server*      PROCESS SERVICE NETWORK
                                                                 10010 CANOGA AVENUE #B6
                                                                 CHATSWORTH, CA 91311-0959

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NT-7