Affidavit of Stanley L. Cohen in Opposition to
Israeli Defendants' Motion to Dismiss

Stanley L. Cohen, being duly sworn, deposes and says:

1) I am attorney of record in Civil Action No. 1:02 CV 01431, and represent all of the Plaintiffs.

2) Of the packages containing the service documents that were mailed to each of the Individual Israeli Defendants on August 9, 2002, only the packages for Defendants Yaron and Landau were returned to me. The returned packages were stamped "REFUSED" and "Return". None of the Israeli Defendants responded to Plaintiffs' request for waiver of service.

3) I have recently been informed that the Plaintiff given the pseudonym John Doe III has died.

4) The following information regarding the Individual Israeli Defendants' visits to the United States has been gathered from reliable sources and is true upon information and belief:

a. Defendant Sharanski conducted a speaking tour of United States university campuses, including Rutgers in New Jersey on Sept 18, 2003. WNBC/Newschannel 4, *Forward, NYDaily News,* AP, <http://newjersey.indymedia.org/features.php3?feature_id=1>. He attended an AIPAC (American Israel Public Affairs Committee) policy conference in Washington, D.C. *AIPAC Stirs Road Map Controversy*, James D. Besser, *The Jewish Week,* April 4, 2003, <http://www.thejewishweek.com/news/newscontent.php3?artid =7710>. On October 7, 2002, Defendant Sharanski

1

attended and spoke at the AIPAC National Summit in Atlanta, Georgia. *See* <www.aipac.org>.

    b. The following resources reference Defendant Yaron's visits to the United States: *Israel-Syria Deal Called Close; Mubarak Says Secret Contacts Have Settled Tough Issues*, Howard Schneider, The Washington Post, March 22, 2000, (Yaron expected in Washington next week); *High-level talks in US*, Melissa Radler and Janine Zacharia, The Jerusalem Post, February 5, 2002 (Yaron met with senior Pentagon officials); <http://www.israel.org/ mfa/go.asp?MFAH0nte0>, September 23, 2003 (Yaron in Washington DC).

    c. The following sources reference Defendant Landau's visits to the United States: *Condeleezza Rice to arrive tomorrow*, Janine Zacharia, The Jerusalem Post, June 27, 3003 (Landau was in Washington); News at a Glance, Jewish Telegraphic Agency, September 18, 2002 (Landau is in Washington); *Israel Walks a Fine Line With Plan for Bomb-Sniffing Dogs,* Henry Chu, Los Angeles Times, July 13, 2002 (Landau had recently returned from visiting the United States); *Wakf remains opposed to entry of non-Muslims to Temple Mount*, Etgar Lefkovits, The Jerusalem Post, February 5, 2002 (Landau in the United States); *Powell warns Arafat: US may change* policy, Aluf Benn, Canadian Jewish News, October 11, 2001 (Landau scheduled to travel to the United States); Voice of Israel, Jerusalem, BBC Worldwide Monitoring, July 24, 2001 (Landau has left for the United States on a working visit); *High-level talks in US*, Melissa Radler and Janine Zacharia, The Jerusalem Post, February 5, 2002 (Landau arrived in Washington yesterday).

    d. Defendant Peres appeared on the Charlie Rose show February 26, 2003 (<http://www.charlierose.com/archives/archive3.shtm>), attended Fortune's Brainstorm 2002 Conference in Aspen, Colorado on July 31, 2002 (*see* <http://www.fortune.com/fortune>), gave a speech for the Milken Institute in Santa Monica, California on January 13, 2003 (<http://www.milkeninstitute.org/events/events.taf?function=detail&ID=106&cat=Forums>), he was in New York the week of February 5, 2002 (*High-level talks in US*, Melissa Radler and Janine Zacharia, The Jerusalem Post);was scheduled to speak at a luncheon in Florida in January 2003 to raise money for his foundation (<http://www.transmediagroup.com/newsroom/2003/106ShimonPeres.htm?>), at Columbia University on September 28, 2000 (<http://www.cesr.org/EVENTS/peresflyer.htm>), at the Bakersfield Business Conference in California on October 10, 1998, (http://www.bpcbakbusconf.com/critics.htm>), and at a synagogue in Florida in June 1997 (*Synagogue-Bombing Jew Gets 10 Years*, Associated Press, June 25, 1997).

    e. Defendant Mofaz, spent 15 days in the Summer of 2002 on a whirlwind coast-to-coast tour with Friends of the IDF, campaigning to raise money and awareness for the plight of IDF Soldiers, including stops in Michigan, Ohio, California, and the New York area. <http://www.israelsoldiers.org/recent_events.cfm>. Defendant Mofaz had a "1-1/2 week jaunt through the United States that has taken him to military bases and schools." *IDF chief calls for more women in power in talk here,* Andy Altman-Ohr, Jewish Bulletin of Northern California, October 22, 1999, <http://www.jewishsf.com/bk991022/sfmujab.shtml>. Defendant Mofaz addressed the policy forum of the Washington Institute for Near East Policy, in Washington DC on June 14, 2002 (*Peacewatch #387*, *Special Policy Forum Report,* Washington Institute for Near East

Policy, June 18, 2002, <http://www.washingtoninstitute.org/watch/Peacewatch/ peacewatch2002/397.htm>), and in September, 2002. (*Peacewatch #400*, *Special Policy Forum Report,* Washington Institute for Near East Policy, October 8, 2002, <http://www.washingtoninstitute.org/watch/Peacewatch/peacewatch2002/400.htm>). Defendant Mofaz is or has been a visiting military scholar at the Institute.  *Id.*

    f. The following sources reference Defendant Sharon's visits to the United States: Press release, The White House, 20 March 2001 (Sharon visits DC) <http://www.whitehouse.gov/news/releases/ 2001/03/20010320-3.html>; *Powell arrives in Mideast for peace mission*, 28 June 2001 (the meeting marked Sharon's second visit to the White House in the past three months) <http://www.CNN.com>; Sharon spoke to American-Israel Friendship League, New York, June 25, 2001, <http://www.mfa.gov.il/mfa/go.asp?MFAH0k890>; BBC News, 8 Feb 2002 (Sharon visits white house) <http://www.israelemb.org/articals/2002/Jun/2002061702. html>; Cabinet Communique (Communicated by the Cabinet Secretariat) June 16, 2002 (Sharon visited the U.S).

    g. Defendant Ben-Eliezer visited Washington, DC in February, 2002. *Reports from across the globe*, World Jewish News, February 6, 2002.

    h. Defendant Sheetrit, Israeli Minister of Justice, delivered a speech to the American Sephardic Federation on May 10, 2002, in New York (<http://www.asfonline.org/portal/ ArabLandsDisplay.asp?article_id=4&>), and was going to Washington DC in January 2002 (*Behind the Headlines: After hesitating, State Department admits arms ship was bound for P.A.*, Matthew Berger, Jewish Telegraphic Agency, January 9, 2002).

4

       i.       Defendant Farkash held talks in Washington in June 2003. *Israel Promises Harsh Reaction if Palestinian Cease-Fire Fails,* Chemi Shalev, Forward, June 27, 2003.

    5)    This information regarding Defendants' contacts reflects only a cursory and limited search.

STANLEY L. COHEN, Esq., an attorney admitted to practice as such, hereby affirms under pain and penalty of perjury and pursuant to the Federal Rules of Civil Procedure that the herein information is true based upon personal knowledge or upon information and belief.

Dated: New York, New York
on this 31st day of October, 2003

        S/Stanley L. Cohen
        STANLEY L. COHEN, ESQ.
        Attorney for Plaintiffs herein
        351 Broadway, Suite 300
        New York, N.Y.  10013
        (212) 979-7572