AFFIDAVIT IN SUPPORT OF ACTION

John Doe V, being duly sworn, deposes and says:

1. I submit this affidavit in supplement of my previous affidavit submitted as "exhibit J".
2. After suffering the injuries referred to in that affidavit I returned to the United States within a few days.
3. In paragraph 10 of that affidavit I stated that my hearing loss was 50% in my right eardrum.
4. My hearing loss is now 100% in that eardrum. In addition, I suffer periods of dizziness and headaches as a result of these injuries.
5. The work I do, and did at the time of this injury, is as a traveling salesman selling clothes in large parts of the United States. I am still able to do this work. However, when I become dizzy I can not drive and must rest for long periods of time.
6. I estimate that prior to my injury my gross receipts were between $400,000.00 and $450,000.00, and that, due to the days I must take off, are now reduced to approximately $300,000.00.
Dated:
on this 31st day of October, 2003


John Doe V

    Sworn to before me on this 31st day
    of October, 2003, in

        NOTARY