AFFIDAVIT IN SUPPORT OF ACTION

Baby Doe II, being duly sworn, deposes and says:

1. At the time this action began I was seventeen years old. As such my father, on my behalf, submitted an affidavit, which was included as "exhibit B".
2. I am now eighteen years old and submit this supplement in my own right. I am familiar with the affidavit that my father submitted and agree with all statements therein.
3. As more fully described in exhibit B prior to being shot by Israeli forces I was working raising chickens on my father's farm in the Deir Debwan section of Ramallah.
4. Due to my being shot on April 24, 2002 I was hospitalized for a few weeks and returned to the United States in mid June of 2002.
5. Since returning to the United States I applied for and received Medicaid and have received substantial medical treatment and no longer have to use the colostomy bag referred to in paragraph 11 of my father's affidavit.
6. However, I am still unable to perform manual labor though I can study and am now in school.

Dated:
on this 31st day of October, 2003


Baby Doe II


    Sworn to before me on this 31st day
    of October, 2003, in

        NOTARY