UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE I, et. al.,

                Plaintiffs,

                                          Civil Action No.
                                          1:02 CV 01431 (JDB)

-v.-

STATE OF ISRAEL

                Defendants.

**PLAINTIFFS' MOTION TO WAIVE PAGE LIMIT**

Plainitffs through undersigned counsel hereby file this Motion to Waive the Page Limit and allow Plaintiffs to file Brief over the limit.

In support of this Motion Plaintiffs state as follows.

1. Plaintiffs were unable to limit its brief to the page limit set in the Federal Rules of Civil Procedure due to the complexity of the issues presented.

2. Plaintiffs seek permission of the Court to waive the page limit and allow Plaintiffs to file its brief as filed.

                                                        Respectfully submitted,

                                                        Stanley L. Cohen, Esq.
                                                        Attorney for Plaintiffs
                                                        119 Avenue D
                                                        New York, NY 10009
                                                        *Pro Hac Vice*

                                                        Mahar Hanania, Esq.
                                                        Local Counsel
                                                        6066 Leesburk Pike Suite 101
                                                        Falls Church, Virginia 22041
                                                        (703) 778-2400
                                                        Bar No.: 464766