## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, *et al.*,<br><br>       Plaintiffs,<br><br>vs.<br><br>STATE OF ISRAEL, ARIEL SHARON in his individual capacity and as former Israeli Minister of Defense, NATAN SHARANSKI individually and in his capacity as Israeli Minister of Construction and Housing, BINYAMIN BEN ELIEZER individually and in his capacity as Israeli Minister of Defense, SHIMON PERES individually and in his capacity as Israeli Minister of Foreign Affairs, UZI LANDAU individaully and in his capacity as Israeli Minister of Internal Security, MEIR SHEETRIT individually and as Israeli Minister of Justice, THE ISRAELI GENERAL SECURITY SERVICE (the "Shin Bet"), AVI DICHTER, the head of the Shin Bet, ISRAELI DEFENSE FORCES (IDF), LT. GENERAL SHAUL MOFAZ individually and as Chief of the General Staff, MAJOR GENERAL AMOS GILAD individually and as the IDF Coordinateor of Government Activities in Judea, Samaria and the Gaza, MAJOR GENERAL AHARON ZE'EVI FARKASH individually and as IDF Director of Military Intelligence, AMOS YARON individually and in his capacity as Secretary General of the Defense Ministry and as former Brigadier General and Commandant of IDF forces in Beirut, Lebanon (collectively the "Israeli Defendants"), *et al.*,<br><br>       Defendants. | Civil Action No. 1:02 CV 01431 (JDB)<br><br>**UNOPPOSED MOTION OF THE STATE OF ISRAEL AND RELATED DEFENDANTS FOR AN EXTENSION OF TIME TO FILE REPLY PAPERS IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS** |

Defendants the State of Israel, the Israeli Defense Forces and the Israeli General Security Service, and defendants Ariel Sharon, Natan Sharanski, Binyamin Ben Elizer, Shimon Peres, Uzi Landau, Meir Sheetrit, Avi Dicter, Shaul Mofaz, Amos Gilad, Aharon Ze'evi Farkash, and Amos Yaron (collectively the "Israeli Government Defendants"), hereby move, by and through undersigned counsel, for an extension of time in which to file a reply memorandum in further support of their motion to dismiss the complaint.

Given that Plaintiffs have named 14 Israeli Government Defendants, including the current Prime Minister of Israel, members of the Cabinet and other senior government officials, all of whom reside overseas, Defendants request an extension of thirty days, or until December 10, 2003, to file their reply memorandum. This extension will allow for circulation, coordination and finalization of the memorandum among the necessary parties in Israel.

Plaintiffs' counsel, Mr. Stanley Cohen, has informed the undersigned that he has no objection to the relief requested herein.

A proposed order is attached for the Court's consideration.

WHEREFORE, the Israeli Government Defendants respectfully request that this motion be GRANTED and that they be allowed until December 10, 2003, to file their reply memorandum in further support of their motion to dismiss the complaint.

Dated:   November 5, 2003                          Respectfully submitted,

S/Robert Weiner
Robert Weiner (D.C. Bar No. 298133)
Jean E. Kalicki (D.C. Bar No. 427679)
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5000
Fax: (202) 942-5999

Attorneys for the Israeli Government Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>  vs.  )<br>  )<br>STATE OF ISRAEL, *et al.*,  )<br>  )<br>    Defendants.  )<br>_____ )   | Civil Action No. 1:02 CV 01431 (JDB) |

[Proposed] **ORDER**

This matter having come before the Court on the Unopposed Motion of the State of Israel and Related Defendants For an Extension of Time to File Reply Papers in Further Support of Their Motion to Dismiss, there being no opposition thereto, and good cause having been shown, it is hereby

ORDERED that the Motion is GRANTED, and the Israeli Government Defendants shall have until December 10, 2003, to file their reply memorandum.

**SO ORDERED.**

_____<br>
HON. JOHN D. BATES<br>
United States District Judge