Leonard W. Vona    Fax:518/589863    Oct 30 2003  11:13    P.01

**BROWN & WEINRAUB LLC**
12 SHERIDAN AVE.
ALBANY, NY 12207

1158
50-7125-2213

DATE 8/9
PAY TO THE ORDER OF US Post Master
AMOUNT OF Three hundred thirty and 20/100 DOLLARS

THE TROY SAVINGS BANK
State Street
Albany
New York 12207

_signature: K.M. Cole_

⑈001158⑈ ⑆221371254⑆ 173009002745⑈

EXPLANATION | AMOUNT
CHECK NUMBER 1158
CHECK AMOUNT $330.20

"000000033020"



DECLARATION OF
DELIVERY BY UNITED STATES MAIL

On August 9, 2002, I mailed the following documents (in Civil Case 1:02CV01431),

Notice of Suit
Summons
Complaint (John Doe), with the following attachments:
Appendices A and B
Exhibits A through S
Attachment 1, Parts A and B

by placing true copies enclosed in a sealed envelope with postage fully prepaid in the United States mail to:

Binyamin Ben Eliezer
Minister of Defense
Kaplan Street
Hakirya
Tel-Aviv, Israel 61909

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on:

October 30, 2003, at Albany, New York.

_____
DATE
PATRICK BROWN

DECLARATION OF
DELIVERY BY UNITED STATES MAIL

On August 9, 2002, I mailed the following documents (in Civil Case 1:02CV01431),

Notice of Suit
Summons
Complaint (John Doe), with the following attachments:
Appendices A and B
Exhibits A through S
Attachment 1, Parts A and B

by placing true copies enclosed in a sealed envelope with postage fully prepaid in the United States mail to:

Avi Dichter
Director General of the Israeli General Security Service (Shin Bet)
Office of Prime Minister
3 Kaplan Street
P.O.B. 187 Kiryat Ben-Gurion
Jerusalem, Israel 91919

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on:

October 30, 2003, at Albany, New York.

_____
DATE

PATRICK BROWN

## DECLARATION OF
## DELIVERY BY UNITED STATES MAIL

On August 9, 2002, I mailed the following documents (in Civil Case 1:02CV01431),

Notice of Suit
Summons
Complaint (John Doe), with the following attachments:
    Appendices A and B
    Exhibits A through S
    Attachment 1, Parts A and B

by placing true copies enclosed in a sealed envelope with postage fully prepaid in the United States mail to:

Major General Aharon Ze'evi Farkash
IDF Director of Military Intelligence
Avi 9
Tel-Aviv, Israel 61909

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on:

_October 30, 2003_, at Albany, New York.

_____
DATE

PATRICK BROWN

DECLARATION OF
DELIVERY BY UNITED STATES MAIL

On August 9, 2002, I mailed the following documents (in Civil Case 1:02CV01431),

Notice of Suit
Summons
Complaint (John Doe), with the following attachments:
Appendices A and B
Exhibits A through S
Attachment 1, Parts A and B

by placing true copies enclosed in a sealed envelope with postage fully prepaid in the United States mail to:

Shimon Peres
Minister of Foreign Affairs
Hakirya, Romema
Jerusalem, Israel 91950

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on:

_October 30_, 2003, at Albany, New York.
DATE

_Patrick Brown_ (signature)
PATRICK BROWN

DECLARATION OF
DELIVERY BY UNITED STATES MAIL

On August 9, 2002, I mailed the following documents (in Civil Case 1:02CV01431),

Notice of Suit
Summons
Complaint (John Doe), with the following attachments:
Appendices A and B
Exhibits A through S
Attachment 1, Parts A and B

by placing true copies enclosed in a sealed envelope with postage fully prepaid in the United States mail to:

Major General Amos Gilad
IDF Coordinator of Government Activities in Gaza and the West Bank
Avi 9
Tel-Aviv, Israel 61909

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on:

October 30, 2003, at Albany, New York.

_____
DATE

_____
PATRICK BROWN

DECLARATION OF
DELIVERY BY UNITED STATES MAIL

On August 9, 2002, I mailed the following documents (in Civil Case 1:02CV01431),

Notice of Suit
Summons
Complaint (John Doe), with the following attachments:
   Appendices A and B
   Exhibits A through S
   Attachment 1, Parts A and B

by placing true copies enclosed in a sealed envelope with postage fully prepaid in the United States mail to:

Meir Sheetrit
Minister of Justice
29 Salah A-din Street
Jerusalem, Israel 91010

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on:

_October 30_, 2003, at Albany, New York.

DATE

_[signature]_
PATRICK BROWN

# DECLARATION OF DELIVERY BY UNITED STATES MAIL

On August 9, 2002, I mailed the following documents (in Civil Case 1:02CV01431),

Notice of Suit
Summons
Complaint (John Doe), with the following attachments:
Appendices A and B
Exhibits A through S
Attachment 1, Parts A and B

by placing true copies enclosed in a sealed envelope with postage fully prepaid in the United States mail to:

Uzi Landau
Minister of Internal Security
Kiryat Hamemshala
P.O.B. 18182
Jerusalem, Israel 91181

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on:

*October 30*, 2003, at Albany, New York.

DATE

_____
PATRICK BROWN

## DECLARATION OF
## DELIVERY BY UNITED STATES MAIL

On August 9, 2002, I mailed the following documents (in Civil Case 1:02CV01431),

Notice of Suit
Summons
Complaint (John Doe), with the following attachments:
　　Appendices A and B
　　Exhibits A through S
　　Attachment 1, Parts A and B

by placing true copies enclosed in a sealed envelope with postage fully prepaid in the United States mail to:

Natan Sharanski
Minister of Construction and Housing
Kiryat Hamemshala
P.O.B. 18110
Jerusalem, Israel 91180

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on:

_October 30_, 2003, at Albany, New York.

DATE

_/s/ Patrick Brown_
PATRICK BROWN

DECLARATION OF
DELIVERY BY UNITED STATES MAIL

On August 9, 2002, I mailed the following documents (in Civil Case 1:02CV01431),

Notice of Suit
Summons
Complaint (John Doe), with the following attachments:
    Appendices A and B
    Exhibits A through S
    Attachment 1, Parts A and B

by placing true copies enclosed in a sealed envelope with postage fully prepaid in the United States mail to:

Amos Yaron
Director-General
Defense Ministry
Kaplan Street
Hakirya
Tel-Aviv, Israel 61909

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on:

October 30, 2003, at Albany, New York.

_____
DATE

_____
PATRICK BROWN

# DECLARATION OF
# DELIVERY BY UNITED STATES MAIL

On August 9, 2002, I mailed the following documents (in Civil Case 1:02CV01431),

Notice of Suit
Summons
Complaint (John Doe), with the following attachments:
Appendices A and B
Exhibits A through S
Attachment 1, Parts A and B

by placing true copies enclosed in a sealed envelope with postage fully prepaid in the United States mail to:

Lt. General Shaul Mofaz
Chief of the General Staff (IDF)
Avi 9
Tel-Aviv, Israel 61909

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on:

October 30, 2003, at Albany, New York.

_____
PATRICK BROWN
DATE

# DECLARATION OF DELIVERY BY UNITED STATES MAIL

On August 9, 2002, I mailed the following documents (in Civil Case 1:02CV01431),

Notice of Suit
Summons
Complaint (John Doe), with the following attachments:
Appendices A and B
Exhibits A through S
Attachment 1, Parts A and B

by placing true copies enclosed in a sealed envelope with postage fully prepaid in the United States mail to:

Ariel Sharon
Prime Minister's Office
3 Kaplan Street
P.O.B. 187
Kiryat Ben-Gurion
Jerusalem, Israel 91919

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on:

October 30, 2003, at Albany, New York.

DATE

PATRICK BROWN