**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>STATE OF ISRAEL, ARIEL SHARON in his )<br>individual capacity and as former Israeli Minister )<br>of Defense, NATAN SHARANSKI individually )<br>and in his capacity as Israeli Minister of )<br>Construction and Housing, BINYAMIN BEN )<br>ELIEZER individually and in his capacity as )<br>Israeli Minister of Defense, SHIMON PERES )<br>individually and in his capacity as Israeli )<br>Minister of Foreign Affairs, UZI LANDAU )<br>individually and in his capacity as Israeli )<br>Minister of Internal Security, MEIR SHEETRIT )<br>individually and as Israeli Minister of Justice, )<br>THE ISRAELI GENERAL SECURITY )<br>SERVICE (the "Shin Bet"), AVI DICHTER, the )<br>head of the Shin Bet, ISRAELI DEFENSE )<br>FORCES (IDF), LT. GENERAL SHAUL )<br>MOFAZ individually and as Chief of the General )<br>Staff, MAJOR GENERAL AMOS GILAD )<br>individually and as the IDF Coordinator of )<br>Government Activities in Judea, Samaria and the )<br>Gaza, MAJOR GENERAL AHARON ZE'EVI )<br>FARKASH individually and as IDF Director of )<br>Military Intelligence, AMOS YARON )<br>individually and in his capacity as Secretary )<br>General of the Defense Ministry and as former )<br>Brigadier General and Commandant of IDF )<br>forces in Beirut, Lebanon (collectively the )<br>"Israeli Defendants"), *et al.,* )<br>)<br>Defendants. )<br>) | Civil Action No. 1:02 CV 01431 (JDB)<br><br><br>**NOTICE OF FIRM REGISTRATION<br>AS AN LLP AND NAME CHANGE** |

## NOTICE OF FIRM REGISTRATION
## AS AN LLP AND NAME CHANGE

PLEASE TAKE NOTICE that ARNOLD & PORTER has registered as a limited liability partnership, effective February 2, 2004, and has changed its name to ARNOLD & PORTER LLP.

Dated: February 3, 2004    By:_____
　　　　　　　　　　　　　　　　Robert N. Weiner (D.C. Bar No. 298133)
　　　　　　　　　　　　　　　　Jean E. Kalicki (D.C. Bar No. 427679)
　　　　　　　　　　　　　　　　ARNOLD & PORTER LLP
　　　　　　　　　　　　　　　　555 Twelfth Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20004-1206
　　　　　　　　　　　　　　　　Tel: (202) 942-5000
　　　　　　　　　　　　　　　　Fax: (202) 942-5999

　　　　　　　　　　　　　　　Attorneys for the Israeli Government Defendants