# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 03-5310                                                September Term, 2003

02cv01431

John Doe, I, et al.,
    Appellants

v.

State of Israel, et al.,
    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    APR   1  2004

CLERK

**BEFORE:**   Ginsburg, Chief Judge, and Edwards and Randolph, Circuit Judges

## ORDER

Upon consideration of the motion to dismiss, the opposition thereto, and the reply, it is

**ORDERED** that the motion be granted and the appeal dismissed for lack of jurisdiction. The district court's order filed October 3, 2003 does not adjudicate all the claims against all the parties and the district court did not direct the entry of final judgment; therefore, the order is not final and appealable. See Fed. R. Civ. P. 54(b) (absent express determination that there is no just reason for delay and express direction for the entry of judgment by district court, any order adjudicating fewer than all claims of fewer than all parties is not a final, appealable decision). Appellants have not demonstrated that the order meets the requirements of the collateral order doctrine of Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949), or otherwise qualifies for immediate appeal.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk