UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, et al.,<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>STATE OF ISRAEL, et al.,<br><br>　　　Defendants. | Civil Action No.  02-1431 (JDB) |

### ORDER

Upon consideration of the motions to dismiss filed by the Rinat defendants[1] and the Israeli defendants,[2] and the entire record herein, and for the reasons stated in the memorandum opinion filed on this date, it is hereby

**ORDERED** that the motions to dismiss are **GRANTED**; and it is further

**ORDERED** that plaintiffs' action is dismissed as to all remaining defendants in this

---

[1] The Rinat defendants are:  Congregation Rinat Yisrael, Rabbi Yosef Adler, and Arnon Hiller.

[2] The Israeli defendants are:  the State of Israel, Prime Minister Ariel Sharon (individually and in his official capacity as former Israeli Minister of Defense), Natan Sharanski (individually and in his official capacity as Israeli Minister of Construction and Housing), Binyamin Ben Eliezer (individually and in his capacity as Israeli Minister of Defense), Shimon Peres (individually and in his capacity as Israeli Minister of Foreign Affairs), Uzi Landau (individually and in his capacity as Israeli Minister of Internal Security), Meir Sheetrit (individually and as Israeli Minister of Justice), The Israeli General Security Service ("Shin Bet"), Avi Dichter (head of Shin Bet), Israeli Defense Forces ("IDF"), Lieutenant General Shaul Mofaz (individually and as Chief of the General Staff), Major General Amos Gilad (individually and as the IDF Coordinator of Government Activities in Judea, Samaria and Gaza), Major General Aharon Ze'evi Farkash (individually and as IDF Director of Military Intelligence), Amos Yaron (individually and in his capacity as Secretary General of the Defense Ministry, and also as former Brigadier General and Commandant of IDF forces in Beirut, Lebanon), and one hundred anonymous members of the Israeli military ("Moes 1-100").

action.[3]

                              /s/     John D. Bates
                              JOHN D. BATES
                          United States District Judge

Dated:   November 10, 2005

Copies to:

Maher H. Hanania
HANANIA & KHADER
6066 Leesburg Pike
Suite 101
Falls Church, VA 22041-2220
(703) 778-2400
Email: hananialaw@yahoo.com

    *Counsel for Plaintiffs*

Jean Engelmayer Kalicki
ARNOLD & PORTER, LLP
555 12th Street, NW
Room 1197
Washington, DC 20004-1206
(202) 942-5000
Fax: (202) 942-5999
Email: Jean_Kalicki@aporter.com

Robert Neil Weiner
ARNOLD & PORTER
555 12th Street, NW
Room 1251
Washington, DC 20004-1200
(202) 942-5855
Fax: (202) 942-5999
Email: robert_weiner@aporter.com

Ori Lev
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division/Federal Programs Branch
P.O. Box 883
Washington, DC 20044

---

[3] The action against other "settler" defendants, identified in footnote 4 of the accompanying memorandum opinion, is also dismissed for the reasons stated therein.

(202) 514-2395
Fax: (202) 318-7589
Email: ori.lev@usdoj.gov

David O. Bickart
KAYE SCHOLER LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005-2329
(202) 682-3503
Fax: (202) 414-0310
Email: dbickart@kayescholer.com

Kurt J. Hamrock
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006-0110
(202) 496-7500
Fax: (202) 496-7756
Email: khamrock@mckennalong.com

Stephen B. Shapiro
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006
(202) 955-3000
  *Counsel for defendants and interested parties*